IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ROBERT GACUTA | ) | |
| | ) | |
| BANK OF AMERICA, N.A., SUCCESSOR BY | ) | |
| MERGER TO BAC HOME LOANS SERVICING, L.P. | ) | |
| FKA COUNTRYWIDE HOME LOANS SERVICING, L.P., | ) | |
|              Creditor, | ) | |
|    vs. | ) | CASE NO. 09B31485 |
| | ) | JUDGE A. BENJAMIN GOLDGAR |
| ROBERT GACUTA, | ) | |
|              Debtor | ) | |
| | ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Bank of America, N.A., successor by merger to BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the April 2011 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of July 2011.

    a. Attorney's Fees                         $250.00

    b. Paymetns

        4/11 @ $2,102.36

        5/11 – 9/11 @ $2,642.07 each

    c. Escrow Shortage                  $7,029.24

    ** Debtor is in the process of applying for loan modification. **

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, Bank of America, N.A., successor by merger to BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. rights to collect these amounts will remain unaffected.

Respectfully Submitted,
 Bank of America, N.A., successor
 by merger to BAC Home Loans
 Servicing, L.P. fka Countrywide
 Home Loans Servicing, L.P.

/s/Lydia Y. Siu
Lydia Y. Siu
ARDC#6288604

Pierce and Associates, P.C.
1 North Dearborn Street, Ste. 1300
Chicago, Illinois 60602
(312)346-9088