**EXHIBIT E**

**Ocwen Loan Servicing, LLC**
www.ocwen.com

OCWEN

NMLS #: 1852
NC Permit No. 3946
☎ CUSTOMER CARE CENTER 1-800-746-2936
*Your call may be recorded for the coaching and development of our associates.*

| | |
|---|---|
| 1AT 06329/071198/006844 0280 1 ACPP4T | |
| ROBERT GACUTA | |
| 3920 DUNDEE RD | |
| NORTHBROOK IL 60062-2126 | |

### Account Statement

| | |
|---|---|
| Account Number: | 7130563187 |
| Account Statement Date: | 09/17/2012 |
| Property Address: | |
| 850 Keystone Circle | |
| Northbrook IL 60062 | |

FB    Page 1

### Special Notices

Losing your job is not always preventable, but some of the financial burden can be. First Protector pays your monthly mortgage if you involuntarily lose your job or can't live in your home due to a disaster. Visit www.firstprotector.com/ocw or call 1-800-349-9756, 8am-8pm E.T.

### Account Information

| | |
|---|---|
| *Current Principal Balance: | 303,302.14 |
| Interest Rate: | 6.37500% |
| Contractual Due Date: | 01/01/2009 |
| Forbearance Due Date: | 09/01/2012 |
| Escrow Advance Balance: | 57,605.16- |
| Current Suspense Balance: | 1,717.70 |
| Interest Paid Year-To-Date: | 1,612.96 |
| Taxes Paid Year-To-Date: | .00 |
| Beginning Principal Balance: | 303,615.07 |
| Principal Reductions Year-To-Date: | 312.93 |
| Beginning Escrow Balance: | .00 |
| Escrow Deposits/Adjustments Year-To-Date: | 57,471.06- |
| Escrow Disbursements/Adjustments Year-To-Date: | 134.10- |

*This is the principal balance only, not the amount required to pay your account in full.

### Details of Amount Due

| | |
|---|---|
| Current Amount Due: | |
| Current Forbearance Payment Due by 10/01/12: | 1,807.57 |
| Past Due Amount: | |
| Past Due Forbearance Payments: | 1,807.57 |
| Total Amount Due: | 3,615.14 |
| Assessed Fees/Expense Outstanding: | |
| Info Only - Prev-Prior Servicer Fees: | 5,412.20 |
| Total Fees/Expense Outstanding: | 5,412.20 |

### Recent Account Activity

| Date | Description | Principal | Interest | Escrow | Optional | Late Charges | Fees/Other | Suspense | Total |
|---|---|---|---|---|---|---|---|---|---|
| 08/24/12 | Insurance Disbursement MORTGAGE GUARANTY INS CORP | | | 134.10- | | | | | 134.10- |

### Important Messages

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To obtain information about your rights under the Fair Credit Reporting Act go to www.ftc.gov/credit.

If you are currently in bankruptcy or if you have filed for bankruptcy since obtaining this loan, please read the bankruptcy information provided on the back of this statement.

Our records indicate that your loan is in foreclosure. Accordingly, this statement may be for informational purposes only.

---

FOLD AND DETACH HERE    PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT IN THE ENCLOSED ENVELOPE WITH ADDRESS VISIBLE.    FOLD AND DETACH HERE
PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT - ALWAYS WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.

071198/006844 ACPP4T S1-ET-M1-C010 1

009485604399 000000000000000000000000000 000007130563187 50 003615140

Thank you for taking the time to help us resolve this matter. We appreciate the opportunity to serve you and look forward to meeting your mortgage needs. If you or your insurance agent have any questions or believe there is an error in our records, please call us at 1-866-825-9265 Monday through Friday between 8:30 a.m. and 9:00 p.m. Eastern Time, and one of our Customer Care Agents will be happy to assist you.

Sincerely,

Insurance Department

Ocwen Loan Servicing, LLC is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

723H3P-1011

NMLS #: 1852

18