# EXHIBIT G



P.O. Box 6723
Springfield, OH 45501
866-825-9265
O C W E N   Fax: 888-882-1816

10/27/2012

Subject:
Loan Number: 7130563187
Hazard Insurance: Expiration Date 08/08/2012
Property Address:
850 KEYSTONE CIRCLE
NORTHBROOK, IL 60062

ROBERT GACUTA
3920 DUNDEE RD
NORTHBROOK, IL 60062

## THIRD NOTICE OF INTENT TO PLACE INSURANCE

Dear Customer:

Our records show that we have not yet received evidence of a new or renewal insurance policy covering your house. It appears that you do not have insurance as of the expiration date shown above. We have previously sent you two notices indicating we did not have proof of insurance coverage, but we have no record of a response from you. The terms of your mortgage or deed of trust requires you to continually maintain acceptable hazard insurance coverage on your property and permits us to purchase it at your expense if you fail to do so. Therefore, we are alerting you for a third time that we have not received acceptable insurance policy information covering your property. Your current hazard insurance policy is no longer effective as of the expiration date shown above. To ensure compliance with your loan agreement, here's what you need to do:

**Please read the important information and instructions contained in this letter.**

In the mortgage documents you signed, you agreed to keep insurance on your property. Failure to do so is a breach of those requirements. You have the right to purchase insurance from the insurance company of your choice. **If you do not have a current policy covering your property, please contact your agent or carrier and purchase coverage. If you have already purchased coverage, please contact your agent or carrier and have them fax a copy of the declaration page to 1-888-882-1816, e-mail it to us at updateinsuranceinfo@ocwen.com, or mail it to us at the address shown below.** Please make sure your policy references your Ocwen loan number, and ensure that the Mortgagee Clause on your policy reads:

OCWEN LOAN SERVICING, LLC
ITS SUCCESSORS AND/OR ASSIGNS
Attention: 7130563187
PO BOX 6723
SPRINGFIELD, OH 45501-6723

You may also visit www.mycoverageinfo.com using a PIN number of OCW723 and provide us with your insurance information. You may also have your agent contact us at 1-866-825-9285 to provide us with updated insurance coverage information.

Thirty days from the date of this letter, we will charge your escrow account $3,294.00 for insurance coverage if you do not provide acceptable proof of coverage before that time. If you do not have an escrow account, one may be established. Your monthly payment may be increased to include the cost of this policy, or you will be billed directly. Once your account has been billed, we will mail you a full copy of your policy that includes all coverage details.

723H3P-1011

NMLS #: 1852   19