# EXHIBIT I

Ocwen Loan Servicing, LLC
www.ocwen.com

OCWEN

NMLS #: 1852
NC Permit No. 3946
CUSTOMER CARE CENTER 1-800-746-2936
Your call may be recorded for the coaching and development of our associates.

**Account Statement**

Account Number: 7130563187
Account Statement Date: 11/19/2012
Property Address:
850 Keystone Circle
Northbrook IL 60062

DELQ                               Page 1

**Special Notices**

1AT   00108/089355/000139 0390   1 ACPSWM

ROBERT GACUTA
3920 DUNDEE RD
NORTHBROOK IL 60062-2126

### Account Information

| | |
|---|---:|
| * Current Principal Balance: | 303,302.14 |
| Interest Rate: | 6.37500% |
| Next Payment Due Date: | 01/01/2009 |
| Escrow Advance Balance: | 57,739.12- |
| Current Suspense Balance: | 1,717.70 |
| Interest Paid Year-To-Date: | 1,612.96 |
| Taxes Paid Year-To-Date: | .00 |
| Beginning Principal Balance: | 303,615.07 |
| Principal Reductions Year-To-Date: | 312.93 |
| Beginning Escrow Balance: | .00 |
| Escrow Deposits/Adjustments Year-To-Date: | 57,471.06- |
| Escrow Disbursements/Adjustments Year-To-Date: | 268.06 |
| Recently Assessed Amounts: | |
| November- 2012 Late Charges: | 96.29 |
| 11/14/12 Property Inspection Fee: | 10.50 |

*This is the principal balance only, not the amount required to pay your account in full.

### Details of Amount Due

| | |
|---|---:|
| Current Amount Due: | |
| Principal: | 403.56 |
| Interest: | 1,522.33 |
| Escrow: | 1,926.20 |
| Less:Partial Payment Amount: | 1,717.70- |
| Current Amount Due by 12/01/12: | 2,134.39 |
| Past Due Amount: | |
| Principal: | 16,745.57 |
| Interest: | 73,771.26 |
| Escrow: | 75,430.71 |
| Past Due Amounts DUE IMMEDIATELY: | 165,947.54 |
| Assessed Fees/Expense Outstanding: | |
| Late Charges: | 96.29 |
| Prev-Prior Servicer Fees: | 5,412.20 |
| Curr-Property Inspection Fee: | 10.50 |
| Total Fees/Expense Outstanding: | 5,518.99 |
| **Total Amount Due:** | **173,600.92** |

### Recent Account Activity

| Date | Description | Principal | Interest | Escrow | Optional | Late Charges | Fees/Other | Suspense | Total |
|---|---|---|---|---|---|---|---|---|---|
| 10/26/12 | Insurance Disbursement MORTGAGE GUARANTY INS CORP | | | 133.96- | | | | | 133.96- |

### Important Messages

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To obtain information about your rights under the Fair Credit Reporting Act go to www.ftc.gov/credit.

If you are currently in bankruptcy or if you have filed for bankruptcy since obtaining this loan, please read the bankruptcy information provided on the back of this statement.

Due to the status of your loan, fee(s) or charge(s) have recently been added. Please review the enclosed fee description page for explanation of these and any other fee(s) or charge(s).

Our records indicate that your loan is in foreclosure. Accordingly, this statement may be for informational purposes only. Payments received are to be applied in accordance with your mortgage note. Payments will be first applied to bring your loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.

Tax season is right around the corner. Please visit OCWEN's website at www.ocwen.com to verify the social security number on file for your loan.

FOLD AND DETACH HERE   PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT IN THE ENCLOSED ENVELOPE WITH ADDRESS VISIBLE.   FOLD AND DETACH HERE
PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT • ALWAYS WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.

089355/000139 ACPSWM S*-ET-M1-C016 1 3

009873969167   00000000000000000000000096297   000007130563187 50 173600925

### Payment Coupon

Account Number  Robert Gacuta
7130563187

OCWEN

| | | |
|---|---|---:|
| AMOUNT DUE | $ | 173,600.92 |
| If Received after 12/16/2012 add Late Charge of: | $ | 96.29 |
| Total Amount Due with Late Charge: | $ | 173,697.21 |
| Note: If your loan is current, any excess funds will first be applied to outstanding amounts due and then additional principal. Additional Principal: | $ | |
| Additional Escrow: | $ | |
| Late Charges: | $ | |
| Other: (Please Specify) | $ | |
| Total Enclosed: | $ | |

Check for change of information and see reverse side of coupon.

OCWEN
PO BOX 6440
CAROL STREAM IL 60197-6440