# EXHIBIT L

**Ocwen Loan Servicing, LLC**
www.ocwen.com

OCWEN

NMLS #: 1852
NC Permit No. 3946
**CUSTOMER CARE CENTER 1-800-746-2936**
*Your call may be recorded for the coaching and development of our associates.*

1AT 01315/039101/001669 0160 2 ACPUTY
ROBERT GACUTA
3920 DUNDEE RD
NORTHBROOK IL 60062-2126

### Account Statement

| | |
|---|---|
| Account Number: | 7130563187 |
| Account Statement Date: | 12/17/2012 |
| Property Address: | |
| 850 Keystone Circle | |
| Northbrook IL 60062 | |

DELQ Page 1

#### Special Notices

Losing your job is not always preventable, but some of the financial burden can be. First Protector pays your monthly mortgage if you involuntarily lose your job or can't live in your home due to a disaster. Visit www.firstprotector.com/ocw or call 1-800-349-9756, 8am-8pm E.T.

### Account Information

| | |
|---|---:|
| * Current Principal Balance: | 303,302.14 |
| Interest Rate: | 6.37500% |
| Next Payment Due Date: | 01/01/2009 |
| Escrow Advance Balance: | 61,435.42- |
| Current Suspense Balance: | 1,717.70 |
| Interest Paid Year-To-Date: | 1,612.96 |
| Taxes Paid Year-To-Date: | .00 |
| Beginning Principal Balance: | 303,615.07 |
| Principal Reductions Year-To-Date: | 312.93 |
| Beginning Escrow Balance: | .00 |
| Escrow Deposits/Adjustments Year-To-Date: | 57,471.06- |
| Escrow Disbursements/Adjustments Year-To-Date: | 3,964.36- |
| Recently Assessed Amounts: | |
| November- 2012 Late Charges: | 96.29 |
| 11/14/12 Property Inspection Fee: | 10.50 |
| 11/27/12 Property Maintenance Expense: | 100.00 |
| 12/13/12 Property Maintenance Expense: | 75.00 |

*This is the principal balance only, not the amount required to pay your account in full.

### Details of Amount Due

| | |
|---|---:|
| Current Amount Due: | |
| Principal: | 405.70 |
| Interest: | 1,520.19 |
| Escrow: | 1,926.20 |
| Less:Partial Payment Amount: | 1,717.70- |
| Current Amount Due by 01/01/13: | 2,134.39 |
| Past Due Amount: | |
| Principal: | 17,149.13 |
| Interest: | 75,293.59 |
| Escrow: | 77,356.91 |
| Past Due Amounts DUE IMMEDIATELY: | 169,799.63 |
| Assessed Fees/Expense Outstanding: | |
| Late Charges: | 96.29 |
| Prev-Prior Servicer Fees: | 5,412.20 |
| Prev-Property Inspection Fee: | 10.50 |
| Curr-Property Maintenance Expense: | 75.00 |
| Prev-Property Maintenance Expense: | 100.00 |
| Total Fees/Expense Outstanding: | 5,693.99 |
| **Total Amount Due:** | **177,628.01** |

### Recent Account Activity

| Date | Description | Principal | Interest | Escrow | Optional | Late Charges | Fees/Other | Suspense | Total |
|---|---|---|---|---|---|---|---|---|---|
| 11/21/12 | Insurance Disbursement AMERICAN SECURITY GROUP | | | 3,294.00- | | | | | 3,294.00- |
| 11/26/12 | Insurance Disbursement MORTGAGE GUARANTY INS CORP | | | 134.10- | | | | | 134.10- |
| 11/26/12 | Insurance Disbursement MORTGAGE GUARANTY INS CORP | | | 134.10- | | | | | 134.10- |
| 11/26/12 | Insurance Disbursement MORTGAGE GUARANTY INS CORP | | | 134.10- | | | | | 134.10- |

FOLD AND DETACH HERE
PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT IN THE ENCLOSED ENVELOPE WITH ADDRESS VISIBLE.
PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT · ALWAYS WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.
FOLD AND DETACH HERE

039101/001669 ACPUTY S1-ET-M1-C007

010040853097 000000000000000000000000096297 000007130563187 50 177628016

### Payment Coupon

Account Number  Robert Gacuta
7130563187

OCWEN

| | | |
|---|---|---:|
| AMOUNT DUE | $ | 177,628.01 |
| If Received after 01/17/2013 add Late Charge of: | $ | 96.29 |
| Total Amount Due with Late Charge: | $ | 177,724.30 |
| Additional Principal: | $ | |
| Additional Escrow: | $ | |
| Late Charges: | $ | |
| Other: (Please Specify) | $ | |
| Total Enclosed: | $ | |

Note: If your loan is current, any excess funds will first be applied to outstanding amounts due and then additional principal.

Check for change of information and see reverse side of coupon.

OCWEN
PO BOX 6440
CAROL STREAM IL 60197-6440


