# EXHIBIT M

**OCWEN**
Ocwen Loan Servicing, LLC
www.ocwen.com

NMLS #: 1852
NC Permit No. 3946
**CUSTOMER CARE CENTER 1-800-746-2936**
Your call may be recorded for the coaching and development of our associates.

**Account Statement**

| | |
|---|---|
| Account Number: | 7130563187 |
| Account Statement Date: | 01/17/2013 |

**Property Address:**
850 Keystone Circle
Northbrook IL 60062

DELQ                                                             Page 1

1AT   01402/047173/001970 0188  1 ACPX18

ROBERT GACUTA
3920 DUNDEE RD
NORTHBROOK IL  60062-2126

### Special Notices

Looking for ways to reduce your homeowners insurance cost? Consider increasing your deductible. First Protector will pay it for you, up to $1,000. Visit www.OcwenFirstProtector.com or call 1-800-349-9756, 8am-8pm E.T. for more information.

### Account Information

| | |
|---|---|
| * Current Principal Balance: | 303,302.14 |
| Interest Rate: | 6.37500% |
| Next Payment Due Date: | 01/01/2009 |
| Escrow Advance Balance: | 61,569.52- |
| Current Suspense Balance: | 1,717.70 |
| Interest Paid Year-To-Date: | .00 |
| Taxes Paid Year-To-Date: | .00 |
| Beginning Principal Balance: | 303,302.14 |
| Beginning Escrow Balance: | 61,569.52- |
| Recently Assessed Amounts: | |
| 12/13/12 Property Maintenance Expense: | 75.00 |
| 01/10/13 Property Inspection Fee: | 10.50 |
| 01/10/13 Property Inspection Fee: | 10.50 |
| 01/10/13 Property Inspection Fee: | 10.50 |

*This is the principal balance only, not the amount required to pay your account in full.

### Details of Amount Due

| | |
|---|---|
| **Current Amount Due:** | |
| Principal: | 407.86 |
| Interest: | 1,518.03 |
| Escrow: | 1,926.20 |
| Less:Partial Payment Amount: | 1,717.70- |
| Current Amount Due by 02/01/13: | 2,134.39 |
| **Past Due Amount:** | |
| Principal: | 17,554.83 |
| Interest: | 76,813.78 |
| Escrow: | 79,283.11 |
| Past Due Amounts DUE IMMEDIATELY: | 173,651.72 |
| Assessed Fees/Expense Outstanding: | |
| Late Charges: | 96.29 |
| Prev-Prior Servicer Fees: | 5,412.20 |
| Curr-Property Inspection Fee: | 21.00 |
| Prev-Property Inspection Fee: | 21.00 |
| Prev-Property Maintenance Expense: | 175.00 |
| Total Fees/Expense Outstanding: | 5,725.49 |
| **Total Amount Due:** | **181,511.60** |

### Recent Account Activity

| Date | Description | Principal | Interest | Escrow | Optional | Late Charges | Fees/Other | Suspense | Total |
|---|---|---|---|---|---|---|---|---|---|
| 12/20/12 | Insurance Disbursement MORTGAGE GUARANTY INS CORP | | | 134.10- | | | | | 134.10- |

### Important Messages

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To obtain information about your rights under the Fair Credit Reporting Act go to www.ftc.gov/credit.

If you are currently in bankruptcy or if you have filed for bankruptcy since obtaining this loan, please read the bankruptcy information provided on the back of this statement.

Our records indicate that your loan is in foreclosure. Accordingly, this statement may be for informational purposes only. Payments received are to be applied in accordance with your mortgage note. Payments will be first applied to bring your loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.

FOLD AND DETACH HERE    PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT IN THE ENCLOSED ENVELOPE WITH ADDRESS VISIBLE.    FOLD AND DETACH HERE
PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT • ALWAYS WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.

047173/001970 ACPX18 01-RT-M1-C000 1

010282675061  00000000000000000000000096294  000007130563187 50 181511609

**Payment Coupon**
Account Number  Robert Gacuta
7130563187

Check for change of information and see reverse side of coupon.

**OCWEN**

| | | |
|---|---|---|
| AMOUNT DUE | $ | 181,511.60 |
| If Received after 02/17/2013 add Late Charge of: | $ | 96.29 |
| Total Amount Due with Late Charge: | $ | 181,607.89 |

Note: If your loan is current, any excess funds will first be applied to outstanding amounts due and then additional principal.

| | |
|---|---|
| Additional Principal: | $ |
| Additional Escrow: | $ |
| Late Charges: | $ |
| Other: (Please Specify) | $ |
| Total Enclosed: | $ |

OCWEN
PO BOX 6440
CAROL STREAM IL 60197-6440