# EXHIBIT N



OCWEN
1/23/2013

*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO! ™
WWW.OCWEN.COM

Robert Gacuta
3920 Dundee Rd
Northbrook, IL 60062

### Relationship Manager Notice

Loan Number: 7130563187
Property Address: 850 Keystone Circle, Northbrook, IL 60062

Dear Customer:

Thank you for working with us to identify solutions for your loan. To better serve you during this time, Ocwen has assigned Scott Winters to serve as your Relationship Manager throughout this process. Your Relationship Manager will be responsible for monitoring your account, making sure that we have all of your critical information and carefully reviewing your situation. While we hope that your Relationship Manager will be able to assist you in finding an alternative to foreclosure, the assignment of a relationship manager in itself will not delay or postpone any foreclosure action or sale.

#### How We Communicate With You

You may already have an appointment scheduled to speak with your Relationship Manager. If not, we will be contacting you within the next few days to schedule an in-depth consultation to review your account status. At times, we may also send you mailed correspondence with account updates and other important information.

For your convenience, you can set up an appointment with your Relationship Manager at any time. To set up an appointment, simply call our Customer Care Center at (800)746-2936, Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

#### How To Send In Documents

Your Relationship Manager also will track the documents you send to us, including documentation you have already provided. Please continue to email any requested documents and/or attachments to mod@ocwen.com, and be sure to include your name and loan number in your emails. Though email is the fastest way to send in documents, you can also fax them to (407) 737-5600 or mail them to us at:

Ocwen Loan Servicing, LLC
Attn: Home Retention Department
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

The assignment of a relationship manager in itself will not delay or postpone any foreclosure action or sale.

We look forward to working with you.

Sincerely,

Ocwen Loan Servicing, LLC

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

NMLS #: 1852

**Ocwen Loan Servicing, LLC**
www.ocwen.com

OCWEN

NMLS #: 1852
NC Permit No. 3948
**CUSTOMER RELATIONS 1-800-746-2936**
Your call may be recorded for the coaching and development of our associates.

ROBERT GACUTA
3920 DUNDEE RD
NORTHBROOK IL 60062-2126

### Account Statement

Account Number: 7130563187
Account Statement Date: 08/10/2012
Property Address:
850 Keystone Circle
Northbrook IL 60062

Page 1

### Special Notices

Accidents happen everyday. Be prepared to protect your home and financial security. Call 1-800-348-7569 to enroll in accidental death and disability insurance.

### Account Information

| | |
|---|---:|
| * Current Principal Balance: | 303,302.14 |
| Interest Rate: | 6.37500% |
| Next Payment Due Date: | 01/01/2009 |
| Escrow Advance Balance: | -57,471.06 |
| Current Suspense Balance: | 1,717.70 |
| Interest Paid Year-To-Date: | 1,612.96 |
| Taxes Paid Year-To-Date: | .00 |
| Beginning Principal Balance: | 303,615.07 |
| Principal Reductions Year-To-Date: | 312.93 |
| Escrow Deposits/Adjustments | -57,471.06 |

*This is the principal balance only, not the amount required to pay your account in full.

### Details of Amount Due

| | |
|---|---:|
| Current Amount Due: | |
| Principal: | 397.19 |
| Interest: | 1,528.70 |
| Escrow: | 1,926.20 |
| Less: Partial Payment Amount: | -1,717.70 |
| Current Amount Due by 09/01/12: | 2,134.39 |
| Past Due Amount: | |
| Principal: | 15,547.65 |
| Interest: | 69,191.51 |
| Escrow: | 69,652.11 |
| Past Due Amounts DUE IMMEDIATELY: | 154,391.27 |
| Assessed Fees/Expense Outstanding: | |
| Prev-Prior Servicer Fees: | 5,412.20 |
| Total Fees/Expense Outstanding: | 5,412.20 |
| Total Amount Due: | 161,937.86 |

### Recent Account Activity

| Date | Description | Principal | Interest | Escrow | Optional | Late Charges | Fees/Other | Suspense | Total |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|
| 08/09/12 | Payment | 312.93 | 1,612.96 | 553.41 | .00 | .00 | .00 | 1,717.70 | 4,197.00 |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To obtain information about your rights under the Fair Credit Reporting Act go to www.ftc.gov/credit.

If you are currently in bankruptcy or if you have filed for bankruptcy since obtaining this loan, please read the bankruptcy information provided on the back of this statement.

Our records indicate that your loan is in foreclosure. Accordingly, this statement may be for informational purposes only. Payments received are to be applied in accordance with your mortgage note. Payments will be first applied to bring your loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.

FOLD AND DETACH HERE    PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT IN THE ENCLOSED ENVELOPE WITH ADDRESS VISIBLE.
PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT - ALWAYS WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.    FOLD AND DETACH HERE

---

00162034151  4444444881  000007130563187  50  161937867

OCWEN

### Payment Coupon

| | |
|---|---:|
| AMOUNT DUE | $ 161,937.86 |
| If received after 09/16/2012 add Late Charge of: | $ 96.29 |
| Total Amount Due with Late Charge: | $ 162,034.15 |
| Additional Principal: | $ |
| Additional Escrow: | $ |
| Late Charges: | $ |
| Other: (Please Specify) | $ |
| Total Enclosed: | |

Note: If your loan is current, any excess funds will first be applied to outstanding amounts due and then additional principal.

If this payment is made via automatic drafting, this statement is for informational purposes only.

ROBERT GACUTA
Account Number: 7130563187

☐ Check box if your contact information has changed, update on the back

OCWEN
PO BOX 6440
CAROL STREAM IL 60197-6440