# EXHIBIT P

Better Home Ideas, Inc.    847 205 2420    p.17

**Ocwen Loan Servicing, LLC**
www.ocwen.com

OCWEN

NMLS #: 1852
NC Permit No. 3946
CUSTOMER CARE CENTER 1-800-746-2936
*Your call may be recorded for the coaching and development of our associates.*

1AT    01884/036998/002007 0119   1 ACPYXB

ROBERT GACUTA
3920 DUNDEE RD
NORTHBROOK IL 60062-2126

**Account Statement**

| | |
|---|---|
| Account Number: | 7130563187 |
| Account Statement Date: | 02/18/2013 |

Property Address:
850 Keystone Circle
Northbrook IL 60062

DELQ                                                                    Page 1

### Special Notices

Looking for ways to reduce your homeowners insurance cost? Consider increasing your deductible. First Protector will pay it for you, up to $1,000. Visit www.OcwenFirstProtector.com or call 1-800-349-9756, 8am-8pm E.T. for more information.



### Account Information

| | |
|---|---|
| * Current Principal Balance: | 303,302.14 |
| Interest Rate: | 6.37500% |
| Next Payment Due Date: | 01/01/2009 |
| Escrow Advance Balance: | 61,703.62- |
| Current Suspense Balance: | 1,717.70 |
| Interest Paid Year-To-Date: | .00 |
| Taxes Paid Year-To-Date: | .00 |
| Beginning Principal Balance: | 303,302.14 |
| Beginning Escrow Balance: | 61,569.52- |
| Escrow Disbursements/Adjustments Year-To-Date: | 134.10- |
| Recently Assessed Amounts: | |
| February- 2013 Late Charges: | 96.29 |

*This is the principal balance only, not the amount required to pay your account in full.

### Details of Amount Due

| | |
|---|---|
| Current Amount Due: | |
| Principal: | 410.02 |
| Interest: | 1,515.87 |
| Escrow: | 1,926.20 |
| Less:Partial Payment Amount: | 1,717.70- |
| Current Amount Due by 03/01/13: | 2,134.39 |
| Past Due Amount: | |
| Principal: | 17,962.69 |
| Interest: | 78,331.81 |
| Escrow: | 81,209.31 |
| Past Due Amounts DUE IMMEDIATELY: | 177,503.81 |
| Assessed Fees/Expense Outstanding: | |
| Late Charges: | 192.58 |
| Prev-Prior Servicer Fees: | 5,412.20 |
| Prev-Property Inspection Fee: | 42.00 |
| Prev-Property Maintenance Expense: | 175.00 |
| Total Fees/Expense Outstanding: | 5,821.78 |
| **Total Amount Due:** | **185,459.98** |

### Recent Account Activity

| Date | Description | Principal | Interest | Escrow | Optional | Late Charges | Fees/Other | Suspense | Total |
|---|---|---|---|---|---|---|---|---|---|
| 01/24/13 | Insurance Disbursement MORTGAGE GUARANTY INS CORP | | | 134.10- | | | | | 134.10- |

### Important Messages

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To obtain information about your rights under the Fair Credit Reporting Act go to www.ftc.gov/credit.

If you are currently in bankruptcy or if you have filed for bankruptcy since obtaining this loan, please read the bankruptcy information provided on the back of this statement.

Our records indicate that your loan is in foreclosure. Accordingly, this statement may be for informational purposes only. Payments received are to be applied in accordance with your mortgage note. Payments will be first applied to bring your loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.

---

FOLD AND DETACH HERE    PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT IN THE ENCLOSED ENVELOPE WITH ADDRESS VISIBLE.    FOLD AND DETACH HERE
PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT • ALWAYS WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK

036998/002007 ACPYXB S1-ET-M1-C006 1

010498685119 0000000000000000000000096295 000007130563187 50 185459982





| Payment Coupon | |
|---|---|
| Account Number **Robert Gacuta** 7130563187 | |

OCWEN

| | | |
|---|---|---|
| AMOUNT DUE | $ | 185,459.98 |
| If Received after 03/17/2013 add Late Charge of: | $ | 96.29 |
| Total Amount Due with Late Charge: | $ | 185,556.27 |
| Additional Principal: | $ | |
| Additional Escrow: | $ | |
| Late Charges: | $ | |
| Other: (Please Specify) | $ | |
| Total Enclosed: | $ | |

Note: If your loan is current, any excess funds will first be applied to outstanding amounts due and then additional principal.

Check for change of information and see reverse side of coupon.

OCWEN
PO BOX 6440
CAROL STREAM IL 60197-6440