**EXHIBIT R**

*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
*WWW.OCWEN.COM*

OCWEN

February 27, 2013

Robert Gacuta

3920 Dundee Rd
Northbrook, IL 60062-0000

Loan Number:        7130563187
Property Address:   850 Keystone Circle , Northbrook, IL 60062-0000

## NOTICE CONCERNING MORTGAGE INSURANCE

Dear Borrower(s):

Your mortgage loan for the property located at the above mentioned address has private mortgage insurance ("PMI"). PMI protects lenders and others against financial loss when borrowers default. Charges for this insurance have already been added to your loan payments.

If this property is your primary residence, under certain circumstances, federal and state law gives you the right to request that your PMI be canceled or requires that your PMI be automatically terminated, in accordance with applicable state law. Cancellation or termination of PMI does not affect any obligation you may already have to maintain other types of insurance(s).

**Borrower Requested Cancellation of PMI:**

You have the right to request that your PMI be canceled on or after either of these dates:

a) The date that the principal balance of your loan is first scheduled to reach 80% of the original value of the property (which means the lesser of the contract sales price or the appraised value of the property at the time the loan closed) based on the applicable amortization schedule; or

b) The date that principal balance of your loan actually reaches 80% of the original value of the property.

For a fixed rate mortgage, the applicable amortization schedule will be your original amortization schedule. For an adjustable rate mortgage, the applicable amortization schedule will be the most recent amortization schedule.

*Annual HPA Notice Revised 1-25-2012*
7130563187                                                                                                    HOPA

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*NMLS # 1852*



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
*WWW.OCWEN.COM*

*California Borrowers:* To determine the above percentages, California law permits California borrowers with PMI to use a current appraisal performed by a state certified property appraiser instead of using the original value of the property.

*Minnesota Borrowers:*
NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE

If you currently pay private mortgage insurance premiums, you may have the right under federal law or Minnesota law to cancel the insurance and stop paying premiums. This would **reduce your total monthly payment.**

You may have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current market value of your home. Under Minnesota law, the value of your property can be determined by a professional appraisal. You need to pay for this appraisal, but in most cases you will be able to recover this cost in less than a year if your mortgage insurance is canceled.

*New York Borrowers:* You may terminate your mortgage loan guaranty insurance when the unpaid principal amount of the real estate loan represents 75% or less of the real estate's appraised value at the time the loan was made. However, if your mortgage is on a single family dwelling that is your primary residence, then your loan may be eligible under federal law for earlier termination.

*Texas Borrowers:*

**NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance and cease paying premiums. This would permit you to make a lower total monthly mortgage payment and to possibly receive a refund of any unearned premiums on the policy. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home. If you want to learn whether you are eligible to cancel this insurance, please contact Ocwen, as indicated below, or the Texas Department of Insurance consumer help line at 1-800-252-3439.**

PMI will only be canceled on these dates when all of the following criteria are met:

1) You submit a written request for cancellation;

2) Your loan is contractually current;

3) You have a good payment history, which means that:
    i) None of your payments were 60 or more days past due at any time within the period that is 24 months prior to cancellation date, or
    ii) One of your payments were 30 days or more past due at any time within the period that is 12 months prior to the cancellation date.

4) We receive, at your expense, a current appraisal of your property. The appraisal must have been done within the last 6 months of sending us your cancellation request and signed by a state certified appraiser; and

5) If requested by Ocwen, you submit a certification that there are no subordinate liens on the property.

*Annual HPA Notice Revised 1-25-2012*
7130563187                                                                                                          HOPA

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*NMLS # 1852*

*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
*WWW.OCWEN.COM*

If you wish to learn whether you are eligible to cancel or terminate this insurance, please contact our Customer Care Center Department at (800) 746-2936, Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm or Sunday 9:00 am to 9:00 pm ET.

You may send correspondence related to your PMI cancellation request via email to CancelPMI@ocwen.com or mail it to the following address:

Ocwen Loan Servicing, LLC
ATTN: Mortgage Insurance Department
P.O. Box 24737
West Palm Beach, FL 33416-4737

**Automatic Termination of PMI:**

If your loan payments are current, your PMI will automatically terminate on the date that the principal balance of your loan is first scheduled to reach 78% of the original value of the property, as reflected on the applicable amortization schedule for your loan.

If you are not current on your loan payments on that date, PMI will automatically terminate thereafter when you become current on your payments. If your PMI is not otherwise canceled or terminated and you are current on your payments, PMI will not be required on your mortgage loan beyond the date that is the midpoint of the amortization period for the loan

Sincerely,


Ocwen Loan Servicing, LLC

*Annual HPA Notice Revised 1-25-2012*
7130563187                                                                                                                              HOPA

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*NMLS # 1852*