# EXHIBIT S

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 02/22/2013 01:15
                                    NAME  :
                                    FAX   :
                                    TEL   :
                                    SER.# : D1J715621
```

```
DATE,TIME           02/22 01:14
FAX NO./NAME        14077375199
DURATION            00:00:41
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```



# DVL Law Offices
*A Debt Relief & Family Law Agency*

## CONFIDENTIAL FACSIMILE TRANSMITTAL

**To:** Ocwen Bankruptcy Department  **From:** DVL Law Offices, LLC

**Fax:** 407-737-5199  **Pages:**

**Phone:**  **Date:** 02/22/13

**Re:** Robert Gacuta/ Bankruptcy Case # 09-31485  **cc:**

X Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

**MESSAGE:**



# DVL Law Offices
*A Debt Relief & Family Law Agency*

## CONFIDENTIAL FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **To:** | Ocwen Bankruptcy Department | **From:** | DVL Law Offices, LLC |
| **Fax:** | 407-737- 5199 | **Pages:** | |
| **Phone:** | | **Date:** | 02/22/13 |
| **Re:** | Robert Gacuta/ Bankruptcy Case # 09-31485 | **cc:** | |

X **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

**MESSAGE:**

.

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL US AS SOON AS POSSIBLE AT (312) 880-0224

THIS FACSIMILE IS ATTORNEY- CLIENT PRIVILEGED AND CONTAINS CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED ABOVE, ANY OTHER DISTRIBUTION, COPYING OR DISCLOSURE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL TRANSMISSION TO US BY MAIL WITHOUT MAKING A COPY.

CIRCULAR 230 NOTICE:

To ensure compliance with recently enacted U.S. treasury department regulations, we are now required to advise you that, unless otherwise indicated, any federal tax advise contained in this communication, including any attachments, is not intended or written by us to be used, and cannot be used, by anyone for the purpose of avoiding federal tax penalties that may be imposed by the federal government or for promoting, marketing or recommending to another party any tax-related matters addressed herein.

DVL Law Offices, LLC
53 W. Jackson Blvd. Suite 1001
Chicago, IL 60604
*debravlevine@yahoo.com*

Office: 312.880.0224
Cell: 312.259.5970
Fax: 312.588.0785
*dvllawoffices.com*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION

IN RE:                                                    ) Chapter 13

                                                          ) Case number 09-31485

ROBERT GACUTA

                                                          ) Judge A. BENJAMIN GOLDGAR

## AUTOMATIC STAY

TO:    ALL CREDITORS AND DEBTOR'S EMPLOYERS

You are hereby advised that the above captioned party has filed a petition for relief under the Federal bankruptcy law on **August 26, 2009** and pursuant to 11 U.S.C. 362 and the applicable Bankruptcy Rules, the filing of the petition automatically operates as a stay of the commencement or continuation of any action or collection activities against the debtor(s).

All deductions from paychecks, except withholding taxes or insurance must stop. No further deductions or garnishments or attachments are permitted after the filing of the petition. All utility service must be restored. Any monies withheld by the employer must be returned and made payable to the debtor's attorneys, Debra J. Vorhies Levine, 53 W. Jackson Boulevard, Suite 1001, Chicago, IL 60604.

No creditor may take any further collection action unless specifically permitted by written order of the U.S. Bankruptcy Code. If the Debtor has filed under Chapter 7 or Chapter 13 of the United States Code, no creditor may take any collection action against any co-signer unless specifically permitted to do so by written order of the U.S. Bankruptcy Court.

_Debra J. Levine_
Debra J. Vorhies Levine
53 W. Jackson Blvd., Suite 1001
Chicago, IL 60604
(312) 259-5970
#6239484