**EXHIBIT T**



11132 Winners Circle Ste 207
Los Alamitos, CA 90720
www.suitesolutions.info

Tel: (877) 311-1234
Fax: (877) 388-1234
Email: orders@ocredit.com

**Streamlined BK Due Diligence**

ONLINE CREDIT REPORTING CORPORATION

## DEBTOR INFORMATION

| | | |
|---|---|---|
| Debtor: | **ROBERT GACUTA** | Co-Debtor: |
| Present Address: | 3920 DUNDEE ROAD<br>NORTHBROOK, IL 60062-0000 | |
| Former Address: | | |
| Request ID: | DJHQI-0300056 | Report Date: 8/17/2009 |

## NEW BEGINNINGS™ CREDIT SCORE

With our New Beginnings Credit Scoring we can show you that there is light at the end of the tunnel. We show what the score is prior to filing; then what it could look like 15 months after the discharge and a clean payment history.

| Existing Credit Score | Estimated 15 Month Post Bankruptcy Credit Score | Net Effect |
|---|---|---|
| **506** | **527** | **+21** |

## ACCOUNT SUMMARY

| Account Types | Number of Accounts with Balance | Number of Accounts Past Due | Percentage of Accounts Past Due | Total Monthly Payments | Total of Balances Remaining |
|---|---|---|---|---|---|
| Collection | 1 | 1 | 100.00% | $1,008 | $26,429 |
| Installment | 4 | 2 | 50.00% | $5,025 | $712,754 |
| Revolving | 5 | 5 | 100.00% | $980 | $34,434 |
| Unknown | 1 | 0 | 0% | $0 | $26 |
| Total | 11 | 8 | 72.73% | $7,013 | $773,643 |

The following information applies to all CreditXpert products. The following disclosures, representations and disclaimers that are made by, and apply to, CreditXpert Inc., are also made by, and apply, to Suite Solutions. CreditXpert products are based on information derived from credit reports produced by the major credit reporting agencies. CreditXpert Inc. is not responsible for inaccurate results, including any due to incorrect, missing, outdated credit report information or incorrect assumptions about the future. Scores and score changes predicted by CreditXpert products are only estimates and are not guaranteed. CreditXpert Inc. does not represent that CreditXpert Credit Scores™ are identical or similar to credit scores produced by any other company. CreditXpert Inc. is not associated with Fair Isaac Corporation. CreditXpert Inc. is not a credit counseling or a credit repair organization. THE FOREGOING IS NOT INTENDED TO PROVIDE OR IMPLY WARRANTIES OF ANY KIND. CREDITXPERT PRODUCTS ARE PROVIDED ON AN "AS IS" BASIS, AND CREDITXPERT INC. AND ITS DISTRIBUTORS DISCLAIM ANY AND ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, SYSTEM INTEGRATION, NON-INTERFERENCE AND/OR ACCURACY OF INFORMATIONAL CONTENT.



11132 Winners Circle Ste 207  
Los Alamitos, CA 90720  
www.suitesolutions.info

Tel: (877) 311-1234  
Fax: (877) 388-1234  
Email: orders@ocredit.com

## Streamlined BK Due Diligence

### ONLINE CREDIT REPORTING CORPORATION

### DEBTOR INFORMATION

| | | | |
|---|---|---|---|
| Debtor: | **ROBERT GACUTA** | Co-Debtor: | |
| Present Address: | 3920 DUNDEE ROAD<br>NORTHBROOK, IL 60062-0000 | Bureaus Accessed: | **Equifax, Experian, TransUnion** |
| Former Address: | | | |
| Request ID: | DJHQI-0300056 | Report Date: | 8/17/2009 |

### PUBLIC RECORD INFORMATION

| Court Number | Docket Number | Date Filed | Liability | Plaintiff | Status Date | Reported By |
|---|---|---|---|---|---|---|
| | | | No Public Records Exist | | | |

### ACCOUNTS IN DESCENDING BALANCE ORDER

**WITH A BALANCE: 10 TOTAL $747,214**  **WITHOUT A BALANCE: 24**

| Creditor Name<br>Account Number<br>Loan Terms - Status | Date Opened<br>Date Last<br>Reported | High Credit<br>Balance<br>Owing | Payment Terms<br>Account Type<br>Past Due Amount<br>Last Activity Date | Account Type<br>Reported By | Creditor Contact<br>Information |
|---|---|---|---|---|---|
| BAC HOME LOANS SERVICI<br>129169959<br>360 MONTHS-120 SLOW | 07/06<br>07/09 | $316,000<br>**$307,731** | $2,102<br>MORTGAGE<br>$12,614<br>06/09 | INDIVIDUAL<br>XPN-1 EFX-1<br>TU-1 | BAC HOME LOANS SERVICI<br>450 AMERICAN ST<br>SIMI VALLEY, CA 93065 |
| ADDITIONAL INFORMATION: |  | REPO-06/2009 120 SLOW-05/2009 90 SLOW-04/2009 60 SLOW-03/2009 30 SLOW-02/2009<br>HIGH CREDIT AMOUNT IS ORIGINAL LOAN AMOUNT , ACCOUNT DELINQUENT 180 DAYS PAST DUE DATE , OPEN ACCOUNT , CONVENTIONAL REAL ESTATE LOAN, INCLUDING PURCHASE MONEY FIRST , PREVIOUS STATUS 08 | | | |
| BAC HOME LOANS SERVICI<br>168863400<br>360 MONTHS-120 SLOW | 05/07<br>07/09 | $308,700<br>**$303,615** | $2,479<br>MORTGAGE<br>$21,711<br>07/09 | INDIVIDUAL<br>XPN-1 EFX-1<br>TU-1 | BAC HOME LOANS SERVICI<br>450 AMERICAN ST<br>SIMI VALLEY, CA 93065 |
| ADDITIONAL INFORMATION: | | 120+ SLOW-06/2009 120+ SLOW-05/2009 120+ SLOW04/2009 120 SLOW-03/2009 90 SLOW-02/2009 60 SLOW-01/2009 30 SLOW-12/2008<br>HIGH CREDIT AMOUNT IS ORIGINAL LOAN AMOUNT , ACCOUNT DELINQUENT 180 DAYS PAST DUE DATE , OPEN ACCOUNT , CONVENTIONAL REAL ESTATE LOAN, INCLUDING PURCHASE MONEY FIRST | | | |
| NCB NE ER<br>448961813021<br>CURRENT | 01/07<br>08/09 | $140,000<br>**$96,855** | $270<br>MORTGAGE<br>$0<br>08/09 | INDIVIDUAL<br>XPN-1 EFX-1<br>TU-1 | NCB NE ER<br>4661 E MAIN ST<br>COLUMBUS, OH 43213 |
| ADDITIONAL INFORMATION: | | HOME EQUITY LINE OF CREDIT - REVOLVING TERMS | | | |

## ACCOUNTS IN DESCENDING BALANCE ORDER

**WITH A BALANCE: 10  TOTAL $747,214**  **WITHOUT A BALANCE: 24**

| Creditor Name<br>Account Number<br>Loan Terms - Status | Date Opened<br>Date Last Reported | High Credit<br>Balance Owing | Payment Terms<br>Account Type<br>Past Due Amount<br>Last Activity Date | Account Type<br>Reported By | Creditor Contact Information |
|---|---|---|---|---|---|
| THD/CBSD<br>603532013972****<br>90 SLOW | 08/03<br>07/09 | $12,530<br>**$12,530** | $479<br>REVOLVING<br>$651<br>04/09 | INDIVIDUAL<br>XPN-1 EFX-1<br>TU-1 | THD/CBSD<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 |
| ADDITIONAL INFORMATION: | 60 SLOW-06/2009  30 SLOW-05/2009<br>ACCOUNT DELINQUENT 90 DAYS PAST DUE DATE , CLOSED ACCOUNT , ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST , REVOLVING CHARGE ACCOUNT | | | | |
| CITI<br>542418088272<br>CHARGE OFF | 10/04<br>08/09 | $10,500<br>**$12,024** | $180<br>REVOLVING<br>$2,432<br>12/08 | INDIVIDUAL<br>XPN-1 EFX-1<br>TU-1 | CITI<br>PO BOX 6241<br>SIOUX FALLS, SD 57117 |
| ADDITIONAL INFORMATION: | 120+ SLOW07/2009  120 SLOW-06/2009  90 SLOW-05/2009  60 SLOW-04/2009<br>CONSUMER DISPUTES AFTER RESOLUTION , CHARGED OFF ACCOUNT , BAD DEBT; PLACED FOR COLLECTION; SKIP , CHARGE OFF AMOUNT IS 12024 | | | | |
| CHASE<br>426684115953<br>120 SLOW | 12/07<br>08/09 | $5,027<br>**$5,027** | $176<br>REVOLVING<br>$964<br>03/09 | INDIVIDUAL<br>XPN-1 EFX-1<br>TU-1 | CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850<br>(800) 955-9900 |
| ADDITIONAL INFORMATION: | 120 SLOW-07/2009  90 SLOW-06/2009  60 SLOW-05/2009  30 SLOW-04/2009<br>ACCOUNT DELINQUENT 150 DAYS PAST DUE DATE , CLOSED ACCOUNT , ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST , CREDIT CARD | | | | |
| CAPITAL ONE, N.A.<br>550000110387<br>48 MONTHS-CHARGE OFF | 10/08<br>07/09 | $4,553<br>**$4,553** | $174<br>INSTALLMENT<br>$0<br>04/09 | INDIVIDUAL<br>XPN-1 EFX-1<br>TU-1 | CAPITAL ONE, N.A.<br>2730 LIBERTY AVE<br>PITTSBURGH, PA 15222<br>(800) 926-1000 |
| ADDITIONAL INFORMATION: | 90 SLOW-06/2009  60 SLOW-05/2009  30 SLOW-04/2009<br>PROFIT AND LOSS WRITEOFF , UNSECURED LOAN , CHARGE OFF AMOUNT IS 4553 | | | | |
| CIT BANK/DFS<br>79450119012516971<br>120 SLOW | 11/03<br>07/09 | $3,662<br>**$3,662** | $109<br>REVOLVING<br>$372<br>01/09 | INDIVIDUAL<br>XPN-1 EFX-1<br>TU-1 | CIT BANK/DFS<br>12234 N IH 35 SB BLDG B<br>AUSTIN, TX 78753<br>(800) 283-2210 |
| ADDITIONAL INFORMATION: | 90 SLOW-06/2009  60 SLOW-05/2009<br>ACCOUNT DELINQUENT 120 DAYS PAST DUE DATE , OPEN ACCOUNT , REVOLVING CHARGE ACCOUNT | | | | |
| CHASE<br>426684120821<br>120 SLOW | 01/01<br>08/09 | $1,191<br>**$1,191** | $36<br>REVOLVING<br>$278<br>04/09 | INDIVIDUAL<br>XPN-1 EFX-1<br>TU-1 | CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850<br>(800) 955-9900 |
| ADDITIONAL INFORMATION: | 90 SLOW-07/2009  60 SLOW-06/2009  30 SLOW-05/2009<br>ACCOUNT DELINQUENT 120 DAYS PAST DUE DATE , CLOSED ACCOUNT , ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST , CREDIT CARD | | | | |
| NICOR GAS<br>704736<br>CURRENT | 07/06<br>08/09 | $0<br>**$26** | N/A<br>OPEN<br>$0<br>07/09 | INDIVIDUAL<br>TU-1 | NICOR GAS<br>1844 FERRY ROAD<br>NAPERVILLE, IL 60563<br>(630) 305-9500 |
| ADDITIONAL INFORMATION: | UTILITY COMPANY | | | | |

## ACCOUNTS IN DESCENDING BALANCE ORDER

**WITH A BALANCE: 10  TOTAL $747,214**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**WITHOUT A BALANCE: 24**

| Creditor Name<br>Account Number<br>Loan Terms - Status | Date Opened<br>Date Last Reported | High Credit<br>Balance Owing | Payment Terms<br>Account Type<br>Past Due Amount<br>Last Activity Date | Account Type<br>Reported By | Creditor Contact Information |
|---|---|---|---|---|---|
| AMR EAGLE BK<br>47900000000001<br>61 MONTHS-CURRENT | 09/03<br>08/08 | $29,771<br>$0 | $562<br>INSTALLMENT<br>$0<br>08/08 | INDIVIDUAL<br>TU-1 | AMERICAN EAGLE BANK<br>556 RANDALL ROAD<br>SOUTH ELGIN, IL 60177 |
| ADDITIONAL INFORMATION: | CLOSED , AUTO LOAN ||||||
| ASPIRE/CB&T<br>479106001618****<br>CURRENT | 10/99<br>12/02 | $3,582<br>$0 | N/A<br>REVOLVING<br>$0<br>11/00 | INDIVIDUAL<br>XPN-1 EFX-1<br>TU-1 | ASPIRE/CB&T<br>PO BOX 105555<br>ATLANTA, GA 30348<br>(BTM) AIL-ONLY |
| ADDITIONAL INFORMATION: | ACCOUNT CLOSED BY CONSUMER , CREDIT CARD |||||
| BAC HOME LOANS SERVICI<br>568035<br>360 MONTHS-CURRENT | 07/01<br>07/03 | $117,000<br>$0 | $1,389<br>MORTGAGE<br>$0<br>06/03 | INDIVIDUAL<br>XPN-1 EFX-1<br>TU-1 | BAC HOME LOANS SERVICI<br>450 AMERICAN ST<br>SIMI VALLEY, CA 93065 |
| ADDITIONAL INFORMATION: | CLOSED , CONVENTIONAL REAL ESTATE LOAN, INCLUDING PURCHASE MONEY FIRST |||||
| CAP ONE<br>529115162779<br>CURRENT | 11/99<br>04/02 | $1,121<br>$0 | N/A<br>REVOLVING<br>$0<br>03/02 | INDIVIDUAL<br>XPN-1 EFX-1<br>TU-1 | CAP ONE<br>PO BOX 85520<br>RICHMOND, VA 23285 |
| ADDITIONAL INFORMATION: | ACCOUNT CLOSED BY CONSUMER , CREDIT CARD |||||
| CHASE BANK USA, NA<br>446561140084<br>CURRENT | 10/98<br>12/02 | $2,804<br>$0 | N/A<br>REVOLVING<br>$0<br>11/02 | INDIVIDUAL<br>XPN-1 EFX-1<br>TU-1 | CHASE BANK USA, NA<br>PO BOX 15298<br>WILMINGTON, DE 19850<br>(800) 955-9900 |
| ADDITIONAL INFORMATION: | ACCOUNT CLOSED BY CONSUMER , CREDIT CARD |||||
| CHRYSLER FINANCIAL<br>1002561736<br>60 MONTHS-CURRENT | 05/00<br>04/01 | $17,429<br>$0 | $0<br>INSTALLMENT<br>$0<br>02/01 | JOINT<br>XPN-1 EFX-1<br>TU-1 | CHRYSLER FINANCIAL<br>999 OAKMONT PLAZA DR<br>WESTMONT, IL 60559<br>(708) 654-1000 |
| ADDITIONAL INFORMATION: | HIGH CREDIT AMOUNT IS ORIGINAL LOAN AMOUNT , ACCOUNT/PAID SATISFACTORILY , THIS IS AN ACCOUNT IN GOOD STANDING , PAID ACCOUNT/ZERO BALANCE , AUTO LOAN |||||
| CITI<br>541931086120<br>UNRATED | 02/00<br>08/00 | N/A<br>$0 | N/A<br>REVOLVING<br>$0<br>08/00 | INDIVIDUAL<br>XPN-1 EFX-1<br>TU-1 | CITI<br>PO BOX 6003<br>HAGERSTOWN, MD 21747 |
| ADDITIONAL INFORMATION: | ACCOUNT CLOSED BY CONSUMER , CREDIT CARD |||||
| **CRDT FIRST**<br>**521263865**<br>**CURRENT** | 03/01<br>11/07 | N/A<br>$0 | N/A<br>REVOLVING<br>$0<br>11/03 | INDIVIDUAL<br>EFX-1 | **CRDT FIRST**<br>**6275 EASTLAND ROAD**<br>**BROOK PARK, OH 44142-1399**<br>**(216) 362-5000** |
| ADDITIONAL INFORMATION: | CHARGE |||||
| FIRST MIDWEST BANK/NA<br>401667605000001<br>60 MONTHS-CURRENT | 05/98<br>05/02 | $18,478<br>$0 | $405<br>INSTALLMENT<br>$0<br>06/00 | JOINT<br>XPN-1 EFX-1<br>TU-1 | FIRST MIDWEST BANK/NA<br>300 N HUNT CLUB RD<br>GURNEE, IL 60031<br>(847) 739-3850 |
| ADDITIONAL INFORMATION: | CLOSED OR PAID ACCOUNT/ZERO BALANCE |||||

## ACCOUNTS IN DESCENDING BALANCE ORDER

**WITH A BALANCE: 10  TOTAL $747,214**  **WITHOUT A BALANCE: 24**

| Creditor Name<br>Account Number<br>Loan Terms - Status | Date Opened<br>Date Last Reported | High Credit<br>Balance Owing | Payment Terms<br>Account Type<br>Past Due Amount<br>Last Activity Date | Account Type<br>Reported By | Creditor Contact Information |
|---|---|---|---|---|---|
| FORD CRED<br>25359879<br>60 MONTHS-CURRENT | 10/00<br>03/04 | $22,494<br>$0 | $456<br>INSTALLMENT<br>$0<br>03/04 | JOINT<br>XPN-1 EFX-1<br>TU-1 | FORD CRED<br>PO BOX BOX 542000<br>OMAHA, NE 68154<br>(402) 397-6177 |
| ADDITIONAL INFORMATION: | CLOSED , AUTO LOAN | | | | |
| G M A C<br>024910785012<br>48 MONTHS-CURRENT | 04/07<br>05/08 | $27,834<br>$0 | $579<br>INSTALLMENT<br>$0<br>02/08 | JOINT<br>XPN-1 EFX-1 | GMAC<br>PO BOX 12699<br>GLENDALE, AZ 85318<br>(901) 756-3200 |
| ADDITIONAL INFORMATION: | HIGH CREDIT AMOUNT IS ORIGINAL LOAN AMOUNT , ACCOUNT/PAID SATISFACTORILY , THIS IS AN ACCOUNT IN GOOD STANDING , PAID ACCOUNT/ZERO BALANCE , AUTO LEASE | | | | |
| G M A C<br>154904695282<br>60 MONTHS-CURRENT | 03/04<br>05/09 | $27,468<br>$0 | $457<br>INSTALLMENT<br>$0<br>03/09 | INDIVIDUAL<br>XPN-1 EFX-1<br>TU-1 | G M A C<br>15303 S 94TH AVE<br>ORLAND PARK, IL 60462<br>(800) 200-4622 |
| ADDITIONAL INFORMATION: | HIGH CREDIT AMOUNT IS ORIGINAL LOAN AMOUNT , ACCOUNT/PAID SATISFACTORILY , THIS IS AN ACCOUNT IN GOOD STANDING , PAID ACCOUNT/ZERO BALANCE , AUTO LOAN | | | | |
| G M A C<br>154912225022<br>72 MONTHS-CHARGE OFF | 02/08<br>06/09 | $34,025<br>$0 | $546<br>INSTALLMENT<br>$0<br>04/09 | JOINT<br>XPN-1 EFX-1<br>TU-1 | G M A C<br>15303 S 94TH AVE<br>ORLAND PARK, IL 60462<br>(800) 200-4622 |
| ADDITIONAL INFORMATION: | 60 SLOW-03/2009  30 SLOW-02/2009<br>CHARGED OFF ACCOUNT , AUTO , BAD DEBT; PLACED FOR COLLECTION; SKIP , CHARGE OFF AMOUNT IS 16621 | | | | |
| INLAND<br>4187<br>54 MONTHS-CURRENT | 09/99<br>10/00 | $12,161<br>$0 | $289<br>INSTALLMENT<br>$0<br>10/00 | INDIVIDUAL<br>TU-1 | INLAND BANK AND TRUST<br>2225 SOUTH WOLF RO<br>MAYWOOD, IL 60153<br>(708) 562-2200 |
| ADDITIONAL INFORMATION: | CLOSED , AUTO LOAN | | | | |
| MCYDSNB<br>4376481317120<br>CURRENT | 10/00<br>07/09 | N/A<br>$0 | N/A<br>REVOLVING<br>$0<br>06/02 | INDIVIDUAL<br>XPN-1 EFX-1<br>TU-1 | MCYDSNB<br>9111 DUKE BLVD<br>MASON, OH 45040<br>(800) 243-6552 |
| ADDITIONAL INFORMATION: | ACCOUNT CLOSED BY CONSUMER , REVOLVING CHARGE ACCOUNT | | | | |
| NATIONAL CITY BANK<br>500550929857<br>360 MONTHS-CURRENT | 10/05<br>06/06 | $264,000<br>$0 | $0<br>MORTGAGE<br>$0<br>06/06 | INDIVIDUAL<br>XPN-1 EFX-1<br>TU-1 | NATIONAL CITY BANK<br>1001 S WASHINGTON ST<br>NAPERVILLE, IL 60540<br>(630) 420-1001 |
| ADDITIONAL INFORMATION: | CLOSED , CONVENTIONAL REAL ESTATE LOAN, INCLUDING PURCHASE MONEY FIRST | | | | |
| NICOR GAS<br>202458<br>CURRENT | 07/03<br>08/06 | $0<br>$0 | N/A<br>OPEN<br>$0<br>10/05 | INDIVIDUAL<br>TU-1 | NICOR GAS<br>1844 FERRY ROAD<br>NAPERVILLE, IL 60563<br>(630) 305-9500 |
| ADDITIONAL INFORMATION: | ACCOUNT CLOSED BY CONSUMER , UTILITY COMPANY | | | | |

# ACCOUNTS IN DESCENDING BALANCE ORDER

**WITH A BALANCE: 10  TOTAL $747,214**     **WITHOUT A BALANCE: 24**

| Creditor Name<br>Account Number<br>Loan Terms - Status | Date Opened<br>Date Last Reported | High Credit<br>Balance Owing | Payment Terms<br>Account Type<br>Past Due Amount<br>Last Activity Date | Account Type<br>Reported By | Creditor Contact Information |
|---|---|---|---|---|---|
| NICOR GAS<br>20531<br>CURRENT | 09/05<br>09/07 | $0<br>**$0** | N/A<br>OPEN<br>$0<br>02/07 | INDIVIDUAL<br>TU-1 | NICOR GAS<br>1844 FERRY ROAD<br>NAPERVILLE, IL 60563<br>(630) 305-9500 |
| ADDITIONAL INFORMATION: | ACCOUNT CLOSED BY CONSUMER , UTILITY COMPANY | | | | |
| NICOR GAS<br>51871417001<br>CURRENT | 10/01<br>08/03 | $0<br>**$0** | N/A<br>OPEN<br>$0<br>08/03 | INDIVIDUAL<br>TU-1 | NICOR GAS<br>1844 FERRY ROAD<br>NAPERVILLE, IL 60563<br>(630) 305-9500 |
| ADDITIONAL INFORMATION: | ACCOUNT CLOSED BY CONSUMER , UTILITY COMPANY | | | | |
| SHELL/CITI<br>109033779<br>CURRENT | 09/00<br>11/03 | $25<br>**$0** | N/A<br>REVOLVING<br>$0<br>03/02 | INDIVIDUAL<br>XPN-1 EFX-1<br>TU-1 | SHELL/CITI<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 |
| ADDITIONAL INFORMATION: | CLOSED , CREDIT CARD | | | | |
| US BANK<br>33238276<br>50 MONTHS-CURRENT | 01/01<br>08/03 | $15,948<br>**$0** | $389<br>INSTALLMENT<br>$0<br>08/03 | JOINT<br>XPN-1 EFX-1<br>TU-1 | US BANK<br>PO BOX 5227<br>CINCINNATI, OH 45201<br>(800) 331-4738 |
| ADDITIONAL INFORMATION: | CLOSED , SECURED LOAN | | | | |
| WASHINGTON MUTUAL FA<br>1560673970315<br>360 MONTHS-CURRENT | 03/04<br>10/04 | $99,200<br>**$0** | $589<br>MORTGAGE<br>$0<br>09/04 | INDIVIDUAL<br>XPN-1 EFX-1<br>TU-1 | WASHINGTON MUTUAL FA<br>PO BOX 1093<br>NORTHRIDGE, CA 91328<br>(800) 282-4840 |
| ADDITIONAL INFORMATION: | CLOSED , CONVENTIONAL REAL ESTATE LOAN, INCLUDING PURCHASE MONEY FIRST | | | | |
| WENDOVER FIN SRVS CORP<br>3542327922<br>360 MONTHS-UNRATED | 07/01<br>11/01 | $117,000<br>**$0** | $1,185<br>MORTGAGE<br>$0<br>10/01 | INDIVIDUAL<br>XPN-1 TU-1 | WENDOVER FIN SRVS CORP<br>725 N REGIONAL RD<br>GREENSBORO, NC 27409<br>(800) 436-4008 |
| ADDITIONAL INFORMATION: | TRANSFERRED TO ANOTHER LENDER , CONVENTIONAL REAL ESTATE LOAN, INCLUDING PURCHASE MONEY FIRST | | | | |
| WFFINANCE<br>105040726480277<br>37 MONTHS-CURRENT | 05/07<br>06/07 | $1,369<br>**$0** | $0<br>INSTALLMENT<br>$0<br>05/07 | INDIVIDUAL<br>XPN-1 EFX-1<br>TU-1 | WFFINANCE<br>1191 E DUNDEE RD<br>PALATINE, IL 60074<br>(847) 359-2727 |
| ADDITIONAL INFORMATION: | CLOSED OR PAID ACCOUNT/ZERO BALANCE , NOTE LOAN | | | | |

## COLLECTIONS IN DESCENDING BALANCE ORDER

WITH A BALANCE: 1  TOTAL $26,429                           WITHOUT A BALANCE: 1

| Creditor Name<br>Account Number<br>Account Status<br>DLA w/Original Creditor | Date Opened<br>Date Last Reported | Credit Limit<br>Balance Owing | Account Type<br>Collecting For | Reported By | Creditor Contact Information |
|---|---|---|---|---|---|
| UNVL/CITI<br>549113932267<br>CHARGE OFF<br>01/09 | 10/01<br>08/09 | $26,429<br>**$26,429** | INDIVIDUAL | XPN-1 EFX-1<br>TU-1 | UNVL/CITI<br>PO BOX 6241<br>SIOUX FALLS, SD 57117 |
| ADDITIONAL INFORMATION: |  | ACCOUNT SERIOUSLY PAST DUE DATE/ACCOUNT ASSIGNED TO ATTORNEY, COLLECTION AGENCY, OR CREDIT GRANTOR'S INTERNAL COLLECTION DEPARTMENT ACCOUNT DELINQUENT 120 DAYS PAST DUE DATE ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST CREDIT CARD | | | |
| OSI COLLECTION SERVICE<br>6711793<br>CHARGE OFF<br>07/08 | 01/08<br>07/08 | $634<br>$0 | INDIVIDUAL<br>NORTHWEST COMMUNITY | XPN-1 EFX-1<br>TU-1 | OSI COLLECTION SERVICE<br>1375 E WOODFIELD RD STE<br>SCHAUMBURG, IL 60173<br>(800) 967-2070 |
| ADDITIONAL INFORMATION: | | MEDICAL | | | |

## DEBTOR/CO-DEBTOR ADDRESS INFORMATION

| Current Address(es) | Additional Information | Reported By |
|---|---|---|
| 3920 DUNDEE RD, NORTHBROOK, IL 60062-2126 | SINGLE-FAMILY DWELLING | XPN-1 EFX-1 TU-1 |

| Former Address(es) | Additional Information | Reported By |
|---|---|---|
| 3149 DUNDEE RD # 285, NORTHBROOK, IL 60062-2402 | SINGLE-FAMILY DWELLING | XPN-1 EFX-1 TU-1 |
| 961 TWISTED OAK LN, BUFFALO GROVE, IL 60089-1600 | SINGLE-FAMILY DWELLING | XPN-1 EFX-1 TU-1 |

## INQUIRIES

| Company | Date of Inquiry | Reason For Inquiry | Reporting Bureaus |
|---|---|---|---|
| ALLIANCEONE INC | 8/10/2009 | COLLECTION DEPARTMENT/AGENCY/ATTORNEY OTHER COLLECTION AGENCIES | XPN-1 |
| RAB | 8/6/2009 | | TU-1 |
| ALLIANCEONE INC | 7/21/2009 | COLLECTION DEPARTMENT/AGENCY/ATTORNEY OTHER COLLECTION AGENCIES | XPN-1 |
| UNITED RECOVERY SYSTEM | 7/6/2009 | COLLECTION DEPARTMENT/AGENCY/ATTORNEY OTHER COLLECTION AGENCIES | XPN-1 |
| ENCPRECHRGOF | 7/3/2009 | | TU-1 |
| CLIENT SERVICES INC | 6/9/2009 | UNKNOWN - CREDIT EXTENSION, REVIEW, OR COLLECTION OTHER COLLECTION AGENCIES | XPN-1 |
| UNVL/CITI | 6/4/2009 | UNKNOWN - CREDIT EXTENSION, REVIEW, OR COLLECTION BANK CREDIT CARDS | XPN-1 EFX-1 TU-1 |
| UNITED RECOVERY SYSTEM | 6/1/2009 | COLLECTION DEPARTMENT/AGENCY/ATTORNEY OTHER COLLECTION AGENCIES | XPN-1 |
| UNITED RECOVERY SYSTEM | 5/2/2009 | COLLECTION DEPARTMENT/AGENCY/ATTORNEY OTHER COLLECTION AGENCIES | XPN-1 |
| CHASE | 12/11/2008 | | TU-1 |
| GLENVIEW ST | 12/11/2008 | | TU-1 |
| US BANK | 12/11/2008 | | TU-1 |
| CREDCO IMS | 12/11/2008 | | TU-1 |
| CAP ONE NA | 10/28/2008 | UNKNOWN - CREDIT EXTENSION, REVIEW, OR COLLECTION MEDICAL GROUP | XPN-1 |
| AT&T-WS | 7/14/2008 | | EFX-1 |
| CHASE | 3/10/2008 | | TU-1 |
| GMAC | 2/6/2008 | | TU-1 |

## INQUIRIES

| Company | Date of Inquiry | Reason For Inquiry | Reporting Bureaus |
|---|---|---|---|
| CREDCO IMS | 2/6/2008 | | TU-1 |
| FIRST USA | 12/21/2007 | | EFX-1 |
| CERTIFIED CREDIT REPOR | 8/14/2007 | REAL ESTATE SPECIFIC TYPE UNKNOWN MORTGAGE REPORTERS | XPN-1 |

## SOURCE(S) OF INFORMATION

| File Segment | File Holder Name | Social Security Number | Address |
|---|---|---|---|
| EFX-1 | ROBERT GACUTA | ***-**-7745 | 3920 DUNDEE RD, NORTHBROOK, IL 60062-2126 |
| TU-1 | ROBERT GACUTA | ***-**-7745 | 3920 DUNDEE RD, NORTHBROOK, IL 60062-2126 |
| XPN-1 | ROBERT GACUTA | ***-**-7745 | 3920 DUNDEE RD, NORTHBROOK, IL 60062-2126 |

## ALERTS AND VALIDATIONS

\* Notice: This is a Merged report containing information supplied by the sources shown. The merge process is automated and the report may include some duplications and/or omissions

| | |
|---|---|
| REQUESTED PRODUCT OPTION NOT ALLOWED<br>REQUESTED PRODUCT OPTION NOT ALLOWED | XPN-1 |
| EFX SSN INFO<br>CREDIT REPORT SSN: ***-**-7745 INQUIRY SSN: ***-**-7745 | EFX-1 |
| ADDRESS DISCREPANCY<br>CURRENT ADDRESS MISMATCH - INPUT DOES NOT MATCH FILE | TU-1 |

## POSSIBLE AKA'S REPORTED

| Name | Date of Birth | Social Security Number | Reporting Bureaus |
|---|---|---|---|
| ROBERT CLACUTH ** | | ***-**-4961 ** | XPN-1 XPN-1 |
| ROBERT GACLITA ** | | ***-**-4500 ** | XPN-1 XPN-1 |

**\*\* INDICATES ADDITIONAL INFORMATION MAY EXIST**

## BUREAU INFORMATION

| Bureau Information | Bureau Address or Website | Bureau Phone Number |
|---|---|---|
| Equifax | P.O. Box 740241<br>Atlanta, GA 30374 | 1-800-685-1111 |
| Experian | www.experian.com/rs/fi5.html | 1-888-397-3742 |
| TransUnion | P.O. Box 2000<br>Chester, PA 19022 | 1-800-888-4213 |

\*\*\* END OF REPORT - 8/17/2009 8:05:21 AM \*\*\*