**EXHIBIT U**

Better Home Ideas, Inc.    047 205 2420    p.2

Print Report    Close Window

Prepared for: **ROBERT GACUTA**    Report Date: **3/7/2013**

## Personal Profile

Here you will find the personal information contained in your credit file, including your legal name(s), address(es), current and previous employers, and date of birth.

|  | **EXPERIAN** | **EQUIFAX** | **TRANSUNION** |
|---|---|---|---|
| **Name:** | ROBERT GACUTA | ROBERT GACUTA | ROBERT GACUTA |
| **Also Known As:** | GACUTA ROBERT | | |
| **Year of Birth:** | 1977 | 1977 | 1977 |
| **Address(es):** | 3920 DUNDEE RD, NORTHBROOK, IL 60062-2126<br><br>961 TWISTED OAK LN, BUFFALO GROVE, IL 60089-1600<br><br>1461 BEAUPRE CT, HIGHLAND PARK, IL 60035-3902 | 3920 DUNDEE RD, NORTHBROOK, IL 60062<br><br>961 TWISTED OAK LN, BUFFALO GROVE, IL 60089<br><br>3149 DUNDEE RD, NORTHBROOK, IL 60062 | 3920 DUNDEE RD, NORTHBROOK, IL 60062<br><br>961 TWISTED OAK LN, BUFFALO GROVE, IL 60089<br><br>3149 DUNDEE RD 285, NORTHBROOK, IL 60062 |
| **Current Employer:** | SILK PAINTING INC | SILK PAINTING INC | BETTER HOME IDE |
| **Previous Employer(s):** | | | SILK PAINTING CO |

## Credit Summary

This section gives you a broad look at your current and past credit status. Here you'll find the total number of open and closed accounts in your name, the total balance on those accounts, and delinquencies.

|  | **EXPERIAN** | **EQUIFAX** | **TRANSUNION** |
|---|---|---|---|
| **REAL ESTATE ACCOUNTS:** | | | |
| Count | 6 | 4 | 5 |
| Balance | $599,141.00 | $599,141.00 | $0.00 |
| Current | 5 | 3 | 5 |
| Delinquent | 1 | 1 | 0 |
| Other | 0 | 0 | 0 |
| **REVOLVING ACCOUNTS:** | | | |
| Count | 7 | 1 | 6 |
| Balance | $102,201.00 | $0.00 | $0.00 |
| Current | 7 | 1 | 6 |
| Delinquent | 0 | 0 | 0 |
| Other | 0 | 0 | 0 |
| **INSTALLMENT ACCOUNTS:** | | | |
| Count | 7 | 7 | 7 |
| Balance | $16,622.00 | $0.00 | $0.00 |
| Current | 7 | 6 | 7 |
| Delinquent | 0 | 0 | 0 |
| Other | 0 | 0 | 0 |
| **OTHER ACCOUNTS:** | | | |
| Count | 0 | 8 | 1 |
| Balance | $0.00 | $118,823.00 | $0.00 |

| | | | |
|---|---|---|---|
| Payment Status: | Paid satisfactorily | Pays account as agreed | |
| Comments: | | PAID ACCOUNT / ZERO BALANCE AUTO | |

### 24-Month Payment History

Date: May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr
06 06 06 06 06 06 06 06 07 07 07 07 07 07 07 07 07 07 07 07 08 08 08 08

Experian:                                                           OK OK OK OK OK OK OK OK OK OK OK

Equifax:                                       OK OK OK OK OK OK OK OK OK OK OK OK

TransUnion:

### MID AMER FSL

| | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | | MID AMERICAN FED S & | MID AMER FSL |
| Account Number: | | 50055092XXXX | 50055092XXXX |
| Acct Type: | | Real Estate | Mortgage account |
| Acct Status: | | Closed | Closed |
| Monthly Payment: | | | $0.00 |
| Date Open: | | 10/1/2005 | 10/31/2005 |
| Balance: | | $0.00 | $0.00 |
| Terms: | | | 360 Months |
| High Balance: | | $264,000.00 | $264,000.00 |
| Limit: | | | |
| Past Due: | | | $0.00 |
| Payment Status: | | Pays account as agreed | Paid or paying as agreed |
| Comments: | | PAID ACCOUNT / ZERO BALANCE REAL ESTATE MORTGAGE | Closed |

### 24-Month Payment History

Date: Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May
04 04 04 04 04 04 04 05 05 05 05 05 05 05 05 05 05 05 05 06 06 06 06 06

Experian:

Equifax:                                                         OK OK OK OK OK OK OK OK

TransUnion:                                                                        OK ND OK OK OK

### OCWEN LOAN SERVICING

| | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | OCWEN LOAN SERVICING L | OCWEN LOAN SERVICING | |
| Account Number: | 713056XXXX | 713056XXXX | |
| Acct Type: | Conventional Real Estate Loan, Including Purchase Money First | Real Estate | |
| Acct Status: | Open | Open | |
| Monthly Payment: | $2,479.00 | $2,479.00 | |
| Date Open: | 5/1/2007 | 5/1/2007 | |
| Balance: | $303,302.00 | $303,302.00 | |
| Terms: | 360 Months | | |
| High Balance: | | $308,700.00 | |
| Limit: | | | |
| Past Due: | $187,032.00 | $187,032.00 | |
| Payment Status: | Past due 180 days | At least 120 days or more than four payments past due | |

|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Equifax: |  | OK |  |
| TransUnion: |  |  |  |

**WFFINANCE**

|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | WFFINANCE |  |  |
| Account Number: | 10504072648XXXX |  |  |
| Acct Type: | Note Loan |  |  |
| Acct Status: | Closed |  |  |
| Monthly Payment: |  |  |  |
| Date Open: | 5/1/2007 |  |  |
| Balance: |  |  |  |
| Terms: | 37 Months |  |  |
| High Balance: |  |  |  |
| Limit: |  |  |  |
| Past Due: |  |  |  |
| Payment Status: | Paid satisfactorily |  |  |
| Comments: |  |  |  |

**24-Month Payment History**

| Date: | Jun 05 | Jul 05 | Aug 05 | Sep 05 | Oct 05 | Nov 05 | Dec 05 | Jan 06 | Feb 06 | Mar 06 | Apr 06 | May 06 | Jun 06 | Jul 06 | Aug 06 | Sep 06 | Oct 06 | Nov 06 | Dec 06 | Jan 07 | Feb 07 | Mar 07 | Apr 07 | May 07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian: |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | OK |
| Equifax: |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| TransUnion: |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

**Legend**

| OK | **Current** | 90 | **90 Days Late** |
|---|---|---|---|
| ND | **No Data Provided*** | 120 | **120 Days Late** |
| 30 | **30 Days Late** | KD | **Key Derogatory**** |
| 60 | **60 Days Late** | RF | **Repossession or Foreclosure** |
|  |  | PP | **Payment Plan** |

*Sometimes the credit bureaus do not have information from a particular month on file.

** For additional information on Key Derogatory, please see your Credit Report Guide.

## PLUS Score<sup>SM</sup> Report

A PLUS Score is a numerical representation of your credit worthiness. The majority of lenders use some sort of credit scoring model to help predict what kind of credit risk you may be. For each bureau's score and personalized analysis, click on the colored tabs below.

### PLUS Score from Experian

This PLUS Score is based on information from your **Experian** credit report.
Calculated on the PLUS Score model, your Experian Credit Score indicates your relative credit risk level for educational purposes and is not the score used by lenders. Learn More. Since information often differs among your three bureau reports, your PLUS Scores based on those reports will also vary.

Your PLUS Score is: **588** on a scale of 330 - 830.

**Your Credit Category is:**

| **Very Poor** | **Poor** | **Fair** | **Good** | **Excellent** |
|---|---|---|---|---|

**Percentile: Your credit rating ranks higher than 18.95% of U.S. consumers.**

### PLUS Score Analysis

**What your PLUS Score means:**

Your credit factors indicate that your credit may be viewed as poor by lenders. You may find that you can still obtain a car loan or a line of credit with a poor credit rating; however your interest rates and loan terms may be high. You may also find that the approval process will be lengthier and more involved, as other factors outside of your credit history will hold high importance. Creditors may consider you a potential credit risk and require a large down payment.

**What this means to you:**

Credit scoring can help you understand your overall credit rating and help companies better understand how to serve you. Overall benefits of credit scoring have included faster credit approvals, reduction in human error and bias, consistency, and better terms and rates for American consumers through reduced costs and losses for lenders. While lenders may use different scoring models to determine how you score, and each major credit bureau has its own method for calculating credit scores, the scoring models have been fairly well standardized so that a score at one bureau is roughly equivalent to the same score at another.

**What factors raise your PLUS Score:**

- You do not have any Public Records (i.e. bankruptcies, tax liens, and court judgments) on your credit report. Lenders see these issues as major barriers to extending additional credit.

- Lenders use credit reports and credit scores to predict whether or not you will meet future financial obligations. Having a longer credit history gives them more information to base those predictions on, and increases their confidence in you overall.

**What factors lower your PLUS Score:**

- Missing payments is the most damaging thing you can do to your credit. The purpose of a credit score is to help lenders predict whether or not you will miss payments in the future, so even a single missed payment can significantly lower your score.

- Without any open credit cards, it is difficult for lenders to predict whether or not you know how to use credit responsibly (i.e. paying your bills on time and keeping your balances low).

- Lenders know that for most people, the last payment they ever want to skip is their mortgage payment. Missing a mortgage payment is a big red flag for lenders who see this as a sign that you have larger financial issues that you are dealing with, and this makes them very hesitant to extend you additional credit.

**Consumer Statement:**

**Statement:** No Statement(s) present at this time

## PLUS Score from Equifax

This PLUS Score is based on information from your **Equifax** credit report.
Calculated on the PLUS Score model, your Experian Credit Score indicates your relative credit risk level for educational purposes and is not the score used by lenders. Learn More. Since information often differs among your three bureau reports, your PLUS Scores based on those reports will also vary.

**Your PLUS Score is: 598 on a scale of 330 - 830.**

**Your Credit Category is:**

| Very Poor | Poor | Fair | Good | Excellent |

Percentile: Your credit rating ranks higher than **21.68%** of U.S. consumers.

## PLUS Score Analysis

**What your PLUS Score means:**

Your credit factors indicate that your credit may be viewed as poor by lenders. You may find that you can still obtain a car loan or a line of credit with a poor credit rating; however your interest rates and loan terms may be high. You may also find that the approval process will be lengthier and more involved, as other factors outside of your credit history will hold high importance. Creditors may consider you a potential credit risk and require a large down payment.

**What this means to you:**

Credit scoring can help you understand your overall credit rating and help companies better understand how to serve you. Overall benefits of credit scoring have included faster credit approvals, reduction in human error and bias, consistency, and better terms and rates for American consumers through reduced costs and losses for lenders. While lenders may use different scoring models to determine how you score, and each major credit bureau has its own method for calculating credit scores, the scoring models have been fairly well standardized so that a score at one bureau is roughly equivalent to the same score at another.

**What factors raise your PLUS Score:**

- You do not have any Public Records (i.e. bankruptcies, tax liens, and court judgments) on your credit report. Lenders see these issues as major barriers to extending additional credit.

- Lenders use credit reports and credit scores to predict whether or not you will meet future financial obligations. Having a longer credit history gives them more information to base those predictions on, and increases their confidence in you overall.

**What factors lower your PLUS Score:**

- Missing payments is the most damaging thing you can do to your credit. The purpose of a credit score is to help lenders predict whether or not you will miss payments in the future, so even a single missed payment can significantly lower your score.

- Without any open credit cards, it is difficult for lenders to predict whether or not you know how to use credit responsibly (i.e. paying your bills on time and keeping your balances low).

## PLUS Score from TransUnion

This PLUS Score is based on information from your **TransUnion** credit report.
Calculated on the PLUS Score model, your Experian Credit Score indicates your relative credit risk level for educational purposes and is not the score used by lenders. Learn More. Since information often differs among your three bureau reports, your PLUS Scores based on those reports will also vary.

Your PLUS Score is: **634** on a scale of 330 - 830.

**Your Credit Category is:**

| **Very Poor** | **Poor** | **Fair** | **Good** | **Excellent** |

Percentile: Your credit rating ranks higher than **27.24%** of U.S. consumers.

## PLUS Score Analysis

**What your PLUS Score means:**

**OCWEN**

Ocwen Loan Servicing, LLC
www.ocwen.com

NMLS #: 1852
NC Permit No. 3946
☎ **CUSTOMER CARE CENTER 1-800-746-2936**
Your call may be recorded for the coaching and development of our associates.

1AT 01402/047173/001970 0188 1 ACPX18

ROBERT GACUTA
3920 DUNDEE RD
NORTHBROOK IL 60062-2126

**Account Statement**

| | |
|---|---|
| Account Number: | 7130563187 |
| Account Statement Date: | 01/17/2013 |

**Property Address:**
850 Keystone Circle
Northbrook IL 60062

DELQ                                     Page 1

**Special Notices**

Looking for ways to reduce your homeowners insurance cost? Consider increasing your deductible. First Protector will pay it for you, up to $1,000. Visit www.OcwenFirstProtector.com or call 1-800-349-9756, 8am-8pm E.T. for more information.

### Account Information

| | |
|---|---|
| *Current Principal Balance: | 303,302.14 |
| Interest Rate: | 6.37500% |
| Next Payment Due Date: | 01/01/2009 |
| Escrow Advance Balance: | 61,569.52- |
| Current Suspense Balance: | 1,717.70 |
| Interest Paid Year-To-Date: | .00 |
| Taxes Paid Year-To-Date: | .00 |
| Beginning Principal Balance: | 303,302.14 |
| Beginning Escrow Balance: | 61,569.52- |
| Recently Assessed Amounts: | |
| 12/13/12 Property Maintenance Expense: | 75.00 |
| 01/10/13 Property Inspection Fee: | 10.50 |
| 01/10/13 Property Inspection Fee: | 10.50 |
| 01/10/13 Property Inspection Fee: | 10.50 |

*This is the principal balance only, not the amount required to pay your account in full.

### Details of Amount Due

| | |
|---|---|
| Current Amount Due: | |
| Principal: | 407.86 |
| Interest: | 1,518.03 |
| Escrow: | 1,926.20 |
| Less:Partial Payment Amount: | 1,717.70- |
| Current Amount Due by 02/01/13: | 2,134.39 |
| Past Due Amount: | |
| Principal: | 17,554.83 |
| Interest: | 76,813.78 |
| Escrow: | 79,283.11 |
| Past Due Amounts DUE IMMEDIATELY: | 173,651.72 |
| Assessed Fees/Expense Outstanding: | |
| Late Charges: | 96.29 |
| Prev-Prior Servicer Fees: | 5,412.20 |
| Curr-Property Inspection Fee: | 21.00 |
| Prev-Property Inspection Fee: | 21.00 |
| Prev-Property Maintenance Expense: | 175.00 |
| Total Fees/Expense Outstanding: | 5,725.49 |
| **Total Amount Due:** | **181,511.60** |

### Recent Account Activity

| Date | Description | Principal | Interest | Escrow | Optional | Late Charges | Fees/Other | Suspense | Total |
|---|---|---|---|---|---|---|---|---|---|
| 12/20/12 | Insurance Disbursement MORTGAGE GUARANTY INS CORP | | | 134.10- | | | | | 134.10- |

### Important Messages

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. To obtain information about your rights under the Fair Credit Reporting Act go to www.ftc.gov/credit.

If you are currently in bankruptcy or if you have filed for bankruptcy since obtaining this loan, please read the bankruptcy information provided on the back of this statement.

Our records indicate that your loan is in foreclosure. Accordingly, this statement may be for informational purposes only. Payments received are to be applied in accordance with your mortgage note. Payments will be first applied to bring your loan contractually current. Any additional funds received will be applied to outstanding fees and advances prior to being applied to principal.

---

FOLD AND DETACH HERE    PLEASE DETACH AND RETURN BOTTOM PORTION WITH PAYMENT IN THE ENCLOSED ENVELOPE WITH ADDRESS VISIBLE.    FOLD AND DETACH HERE
PLEASE DO NOT SEND CORRESPONDENCE WITH YOUR PAYMENT - ALWAYS WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK.

047173/001970 ACPX18 81-FT-M1-C000 1

010282675061 00000000000000000000000096294 000007130563187 50 181511609

**Payment Coupon**

Account Number  Robert Gacuta
7130563187

**OCWEN**

| | | |
|---|---|---|
| **AMOUNT DUE** | $ | 181,511.60 |
| If Received after 02/17/2013 add Late Charge of: | $ | 96.29 |
| Total Amount Due with Late Charge: | $ | 181,607.89 |
| Note: If your loan is current, any excess funds will first be applied to outstanding amounts due and then additional principal. | Additional Principal: | $ |
| | Additional Escrow: | $ |
| | Late Charges: | $ |
| | Other: (Please Specify) | $ |
| | Total Enclosed: | $ |

☐ Check for change of information and see reverse side of coupon.

OCWEN
PO BOX 6440
CAROL STREAM IL 60197-6440

**RECIPIENT/LENDER'S name, address and telephone number**
OCWEN
PO BOX 24737
WEST PALM BEACH FL 33416-4737

OCWEN

If you have questions, call toll-free: 1-800-746-2936

PAYER'S/BORROWER'S name, street address (including apt. no.), city, state, and ZIP code

ROBERT GACUTA
3920 DUNDEE RD
NORTHBROOK IL 60062-2126

□ CORRECTED (if checked)

*Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.*

OMB No. 1545-0901

**2012**

Substitute Form 1098

**Mortgage Interest Statement**

| | |
|---|---|
| 1 Mortgage interest received from payer(s)/ borrower(s)* | 1,612.96 |
| 2 Points paid on purchase of principal residence | 0.00 |
| 3 Refund of overpaid interest | 0.00 |
| 4 | |
| RECIPIENT'S Federal identification no. | 01-0881100 |
| PAYER'S social security number | 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 |
| Account number (see instructions) | 7130563187 |

**Copy B For Payer**

The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

Substitute Form 1098      (Keep for your records.)      Department of the Treasury - Internal Revenue Service

## 2012 Annual Statement/Substitute Form 1098 For The Period
## Ocwen Loan Servicing, LLC Serviced This Account.

**IMPORTANT TAX INFORMATION**

| | | | |
|---|---:|---|---:|
| Mortgage Interest Paid | 1,612.96 | Interest On Escrow | 0.00 |
| Points Paid | 0.00 | | |
| Refund Of Overpaid Interest | 0.00 | Beginning Escrow Balance | 0.00 |
| Mortgage Insurance Premiums | 804.46 | Deposits/Adjustments + | -57,471.06 |
| Taxes Paid | 0.00 | Disbursements/Adjustments - | -4,098.46 |
| | | Ending Escrow Balance | -61,569.52 |

**INTEREST ACTIVITY**                                         **PRINCIPAL BALANCE INFORMATION**

| | | | |
|---|---:|---|---:|
| Interest Paid | 1,612.96 | | |
| Late Charges Paid + | 0.00 | Beginning Principal Balance | 0.00 |
| Interest Arrearage + | 0.00 | Year-to-Date Principal Payments - | 312.93 |
| Prepaid Interest + | 0.00 | Negative Amortization/Adjustments + | 0.00 |
| Pre-payment Penalty + | 0.00 | Deferred Principal Balance | 0.00 |
| Next Year Interest Paid - | 0.00 | Shared Appreciation - Principal Reduction | 0.00 |
| Subsidy Applied - | 0.00 | Ending Principal Balance | 303,302.14 |
| Total 1098 Interest Paid | 1,612.96 | | |

**ACCOUNT #: 7130563187**

Our records indicate that the above referenced social security number is correct for the primary borrower on this loan. In the event that the social security number is incorrect, please send in a completed IRS W-9 form along with a legible copy of your driver's license and social security card to the following address:

Ocwen Loan Servicing, LLC

PO Box 24737

West Palm Beach, FL 33416

For your convenience, we have a printable version of the W-9 form on our website at www.ocwen.com Please note that the primary borrower's social security is the only one that is reported to the IRS. In the event that there is an additional borrower on the loan that wishes to claim the tax credit, please contact your tax preparer to have your tax returns adjusted.

### Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction. Each borrower may have to include in income a share of any amount reported in box 3.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy. See the instructions for Form 1040, Schedule A, C, or E for how to report the mortgage interest. Also, for more information, see Pub. 936 and Pub. 535.

**Payer's/Borrower's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the issuer has reported your complete identification number to the IRS and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the lender has assigned to distinguish your account.

**Box 1.** Shows the mortgage interest received by the recipient/lender during the year. This amount includes interest on any obligation secured by real property, including a home equity, line of credit, or credit card loan. This amount does not include points, government subsidy payments, or seller payments on a "buydown" mortgage.

Such amounts are deductible by you only in certain circumstances. Caution: *If you prepaid interest in 2012 that accrued in full by January 15, 2013, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 2012 even though it may be included in box 1.* If you hold a mortgage credit certificate and can claim the mortgage interest credit, see Form 8396. If the interest was paid on a mortgage, home equity, line of credit, or credit card loan secured by your personal residence, you may be subject to a deduction limitation.

**Box 2.** Not all points are reportable to you. Box 2 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in box 2 may also be deductible. See Pub. 936 to figure the amount you can deduct.

**Box 3. Do not deduct this amount.** It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, you may have to include part or all of the box 3 amount on the "Other Income" line of your 2012 Form 1040. No adjustment to your prior year's tax return(s) is necessary. For more information, see Pub. 936 and *Itemized Deduction Recoveries* in Pub. 525.

**Box 4.** The interest recipient may use this box to give you other information, such as the address of the property that secures the debt, real estate taxes, or insurance paid from escrow.



|  | | | |
|---|---|---|---|
| Acct Status: | Closed | Closed | Closed |
| Monthly Payment: | | | |
| Date Open: | 11/1/2003 | 11/1/2003 | 11/3/2003 |
| Balance: | $3,559.00 | $3,559.00 | $0.00 |
| Terms: | Revolving | | |
| High Balance: | | $3,000.00 | $3,876.00 |
| Limit: | $0.00 | | $3,000.00 |
| Past Due: | $3,559.00 | $3,559.00 | $0.00 |
| Payment Status: | Debt included in or discharged through Bankruptcy Chapter 13 | Making regular payments under W.E.P. | Wage earner or similar plan |
| Comments: | | ACCOUNT INVOLVED IN CHAPTER 13 DEBT ADJ CHARGE | Chap. 13 wage earner plan account |

**24-Month Payment History**                                                                 ? Legend

| Date: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| Experian: | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | | |

^Top of Page^

**FRD MOTOR CR**

|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | | FMC-OMAHA SERVICE CT | FRD MOTOR CR |
| Account Number: | | 2535XXXX | 2535XXXX |
| Acct Type: | | Installment | Installment account |
| Acct Status: | | Open | Closed |
| Monthly Payment: | | $456.00 | $456.00 |
| Date Open: | | 10/1/2000 | 10/9/2000 |
| Balance: | | $0.00 | $0.00 |
| Terms: | | | 60 Months |
| High Balance: | | $22,494.00 | $22,494.00 |
| Limit: | | | |
| Past Due: | | | $0.00 |
| Payment Status: | | Pays account as agreed | Paid or paying as agreed |
| Comments: | | | Closed |

**24-Month Payment History**                                                                 ? Legend

| Date: | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 02 | 02 | 02 | 02 | 02 | 02 | 02 | 02 | 02 | 02 | 03 | 03 | 03 | 03 | 03 | 03 | 03 | 03 | 03 | 03 | 03 | 03 | 04 | 04 |
| Experian: | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

^Top of Page^

**FORD CRED**

|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | FORD CRED | | |
| Account Number: | 2535XXXX | | |
| Acct Type: | Auto Loan | | |
| Acct Status: | Closed | | |
| Monthly Payment: | | | |
| Date Open: | 10/1/2000 | | |
| Balance: | | | |
| Terms: | 60 Months | | |
| High Balance: | | | |
| Limit: | | | |
| Past Due: | | | |
| Payment Status: | Paid satisfactorily | | |
| Comments: | | | |

**24-Month Payment History**                                                                 ? Legend

| Date: | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 02 | 02 | 02 | 02 | 02 | 02 | 02 | 02 | 02 | 03 | 03 | 03 | 03 | 03 | 03 | 03 | 03 | 03 | 03 | 03 | 03 | 04 | 04 | 04 |
| Experian: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax: | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | | |

^Top of Page^

**GMAC**

|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | G M A C | GMAC | GMAC |
| Account Number: | 15491222XXXX | 15491222XXXX | 15491222XXXX |
| Acct Type: | Auto Loan |  | Installment account |
| Acct Status: | Closed | Closed | Closed |
| Monthly Payment: |  |  | $0.00 |
| Date Open: | 2/1/2008 | 2/1/2008 | 2/9/2008 |
| Balance: | $16,622.00 | $16,622.00 | $0.00 |
| Terms: | 72 Months |  | 72 Months |
| High Balance: |  | $0.00 | $34,025.00 |
| Limit: |  |  |  |
| Past Due: |  |  | $0.00 |
| Payment Status: | Debt included in or discharged through Bankruptcy Chapter 13 | Making regular payments under W.E.P. | Wage earner or similar plan |
| Comments: |  | ACCOUNT INVOLVED IN CHAPTER 13 DEBT ADJ AUTO | Chap. 13 wage earner plan account |

**24-Month Payment History**  ? Legend

| Date: | Apr 08 | May 08 | Jun 08 | Jul 08 | Aug 08 | Sep 08 | Oct 08 | Nov 08 | Dec 08 | Jan 09 | Feb 09 | Mar 09 | Apr 09 | May 09 | Jun 09 | Jul 09 | Aug 09 | Sep 09 | Oct 09 | Nov 09 | Dec 09 | Jan 10 | Feb 10 | Mar 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian: | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | OK | OK | KD | ND | ND | ND | ND | ND | ND | ND | ND | ND | PP |
| Equifax: | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion: |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

^Top of Page^

**GMAC**

|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | G M A C | GMAC | GMAC |
| Account Number: | 15490469XXXX | 15490469XXXX | 15490469XXXX |
| Acct Type: | Auto Loan | Installment | Installment account |
| Acct Status: | Closed | Closed | Closed |
| Monthly Payment: |  | $457.00 | $457.00 |
| Date Open: | 3/1/2004 | 3/1/2004 | 3/16/2004 |
| Balance: |  | $0.00 | $0.00 |
| Terms: | 60 Months |  | 60 Months |
| High Balance: |  | $27,468.00 | $27,468.00 |
| Limit: |  |  |  |
| Past Due: |  |  | $0.00 |
| Payment Status: | Paid satisfactorily | Pays account as agreed | Paid or paying as agreed |
| Comments: |  | PAID ACCOUNT / ZERO BALANCE AUTO | Closed |

**24-Month Payment History**  ? Legend

| Date: | Mar 07 | Apr 07 | May 07 | Jun 07 | Jul 07 | Aug 07 | Sep 07 | Oct 07 | Nov 07 | Dec 07 | Jan 08 | Feb 08 | Mar 08 | Apr 08 | May 08 | Jun 08 | Jul 08 | Aug 08 | Sep 08 | Oct 08 | Nov 08 | Dec 08 | Jan 09 | Feb 09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian: |  | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

^Top of Page^

**GMAC**

|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | G M A C | GMAC |  |
| Account Number: | 02491078XXXX | 02491078XXXX |  |
| Acct Type: | Auto Lease | Installment |  |
| Acct Status: | Closed | Closed |  |
| Monthly Payment: |  | $579.00 |  |
| Date Open: | 4/1/2007 | 4/1/2007 |  |
| Balance: |  | $0.00 |  |
| Terms: | 48 Months |  |  |
| High Balance: |  | $27,834.00 |  |
| Limit: |  |  |  |
| Past Due: |  |  |  |
| Payment Status: | Paid satisfactorily | Pays account as agreed |  |
| Comments: |  | PAID ACCOUNT / ZERO BALANCE AUTO |  |

**24-Month Payment History**  ? Legend

| Date: | May 06 | Jun 06 | Jul 06 | Aug 06 | Sep 06 | Oct 06 | Nov 06 | Dec 06 | Jan 07 | Feb 07 | Mar 07 | Apr 07 | May 07 | Jun 07 | Jul 07 | Aug 07 | Sep 07 | Oct 07 | Nov 07 | Dec 07 | Jan 08 | Feb 08 | Mar 08 | Apr 08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian: | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax: | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion: | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

^Top of Page^

**MID AMER FSL**

|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | | MID AMERICAN FED S & | MID AMER FSL |
| Account Number: | | 50055092XXXX | 50055092XXXX |
| Acct Type: | | Real Estate | Mortgage account |
| Acct Status: | | Closed | Closed |
| Monthly Payment: | | | $0.00 |
| Date Open: | | 10/1/2005 | 10/31/2005 |
| Balance: | | $0.00 | $0.00 |
| Terms: | | | 360 Months |
| High Balance: | | $264,000.00 | $264,000.00 |
| Limit: | | | |
| Past Due: | | | $0.00 |
| Payment Status: | | Pays account as agreed | Paid or paying as agreed |
| Comments: | | PAID ACCOUNT / ZERO BALANCE REAL ESTATE MORTGAGE | Closed |

**24-Month Payment History**  ? Legend

| Date: | Jun 04 | Jul 04 | Aug 04 | Sep 04 | Oct 04 | Nov 04 | Dec 04 | Jan 05 | Feb 05 | Mar 05 | Apr 05 | May 05 | Jun 05 | Jul 05 | Aug 05 | Sep 05 | Oct 05 | Nov 05 | Dec 05 | Jan 06 | Feb 06 | Mar 06 | Apr 06 | May 06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian: | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax: | | | | | | | | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion: | | | | | | | | | | | | | | | | | | | OK | ND | OK | OK | OK | |

^Top of Page^

**OCWEN LOAN SERVICING**

|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | OCWEN LOAN SERVICING L | OCWEN LOAN SERVICING | |
| Account Number: | 713056XXXX | 713056XXXX | |
| Acct Type: | Conventional Real Estate Loan, Including Purchase Money First | Real Estate | |
| Acct Status: | Open | Open | |
| Monthly Payment: | $2,479.00 | $2,479.00 | |
| Date Open: | 5/1/2007 | 5/1/2007 | |
| Balance: | $303,302.00 | $303,302.00 | |
| Terms: | 360 Months | | |
| High Balance: | | $308,700.00 | |
| Limit: | | | |
| Past Due: | $184,343.00 | $187,032.00 | |
| Payment Status: | Past due 180 days | At least 120 days or more than four payments past due | |
| Comments: | | REAL ESTATE MORTGAGE CONVENTIONAL MORTGAGE | |

**24-Month Payment History**  ? Legend

| Date: | Dec 10 | Jan 11 | Feb 11 | Mar 11 | Apr 11 | May 11 | Jun 11 | Jul 11 | Aug 11 | Sep 11 | Oct 11 | Nov 11 | Dec 11 | Jan 12 | Feb 12 | Mar 12 | Apr 12 | May 12 | Jun 12 | Jul 12 | Aug 12 | Sep 12 | Oct 12 | Nov 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian: | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax: | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 120 | 120 | 120 | 120 |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | | |

^Top of Page^

**OSI COLLECTION SERVICE**

|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | OSI COLLECTION SERVICE | | |
| Account Number: | 671XXXX | | |
| Acct Type: | Collection Department / Agency / | | |

|  | |
|---|---|
| Acct Status: | Attorney Closed |
| Monthly Payment: | |
| Date Open: | 1/1/2008 |
| Balance: | |
| Terms: | 1 Month |
| High Balance: | |
| Limit: | |
| Past Due: | |
| Payment Status: | Paid, was a collection account, insurance claim or government claim or was terminated for default |
| Comments: | |

**24-Month Payment History**                                                                  ? Legend

| Date: | Aug 06 | Sep 06 | Oct 06 | Nov 06 | Dec 06 | Jan 07 | Feb 07 | Mar 07 | Apr 07 | May 07 | Jun 07 | Jul 07 | Aug 07 | Sep 07 | Oct 07 | Nov 07 | Dec 07 | Jan 08 | Feb 08 | Mar 08 | Apr 08 | May 08 | Jun 08 | Jul 08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian: | | | | | | | | | | | | | | | | | | | | | | | | KD |
| Equifax: | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | | |

^Top of Page^

**PNC BANK**

|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | PNC BANK | | |
| Account Number: | 50055092XXXX | | |
| Acct Type: | Conventional Real Estate Loan, Including Purchase Money First | | |
| Acct Status: | Closed | | |
| Monthly Payment: | | | |
| Date Open: | 10/1/2005 | | |
| Balance: | | | |
| Terms: | 360 Months | | |
| High Balance: | | | |
| Limit: | | | |
| Past Due: | | | |
| Payment Status: | Paid satisfactorily | | |
| Comments: | | | |

**24-Month Payment History**                                                                  ? Legend

| Date: | Jul 04 | Aug 04 | Sep 04 | Oct 04 | Nov 04 | Dec 04 | Jan 05 | Feb 05 | Mar 05 | Apr 05 | May 05 | Jun 05 | Jul 05 | Aug 05 | Sep 05 | Oct 05 | Nov 05 | Dec 05 | Jan 06 | Feb 06 | Mar 06 | Apr 06 | May 06 | Jun 06 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian: | | | | | | | | | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK |
| Equifax: | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | | |

^Top of Page^

**PNC BANK**

|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | PNC BANK, N.A. | PNC BANK, NA | PNC BANK |
| Account Number: | 448961813021XXXX | 44896181XXXX | 44896181XXXX |
| Acct Type: | Home Equity Line Of Credit | | Overdraft / reserve checking account |
| Acct Status: | Closed | Closed | Closed |
| Monthly Payment: | $270.00 | | |
| Date Open: | 1/1/2007 | 1/1/2007 | 1/19/2007 |
| Balance: | $98,659.00 | $98,659.00 | $0.00 |
| Terms: | Revolving | | |
| High Balance: | $108,849.00 | | $108,849.00 |
| Limit: | $140,000.00 | $140,000.00 | $140,000.00 |
| Past Due: | $1,893.00 | $1,893.00 | $0.00 |
| Payment Status: | Debt included in or discharged through Bankruptcy Chapter 13 | Making regular payments under W.E.P. | Wage earner or similar plan |
| Comments: | | ACCOUNT INVOLVED IN CHAPTER 13 DEBT ADJ HOME EQUITY | Chap. 13 wage earner plan account |

**24-Month Payment History**                                                                  ? Legend

| Date: | Jun 08 | Jul 08 | Aug 08 | Sep 08 | Oct 08 | Nov 08 | Dec 08 | Jan 09 | Feb 09 | Mar 09 | Apr 09 | May 09 | Jun 09 | Jul 09 | Aug 09 | Sep 09 | Oct 09 | Nov 09 | Dec 09 | Jan 10 | Feb 10 | Mar 10 | Apr 10 | May 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Experian: OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK PP
Equifax: OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
TransUnion:

^Top of Page^

**THD/CBNA**

| | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | THD/CBNA | THD/CBNA | THD/CBNA |
| Account Number: | 603532013972XXXX | 603532013972XXXX | 60353201XXXX |
| Acct Type: | Charge Account | | Revolving account |
| Acct Status: | Closed | Closed | Closed |
| Monthly Payment: | | | |
| Date Open: | 8/1/2003 | 8/1/2003 | 8/11/2003 |
| Balance: | | $0.00 | $0.00 |
| Terms: | Revolving | | |
| High Balance: | $12,892.00 | $12,892.00 | $12,892.00 |
| Limit: | $12,892.00 | | $12,892.00 |
| Past Due: | | | $0.00 |
| Payment Status: | Debt included in or discharged through Bankruptcy Chapter 13 | Making regular payments under W.E.P. | Wage earner or similar plan |
| Comments: | Transferred to another lender or claim purchased | ACCOUNT INVOLVED IN CHAPTER 13 DEBT ADJ ACCOUNT TRANSFERRED OR SOLD | Chap. 13 wage earner plan account |

**24-Month Payment History** ? Legend

Date: Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep
      07  07  07  08  08  08  08  08  08  08  08  08  08  08  08  09  09  09  09  09  09  09  09  09
Experian: OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK 30 60 90 120 PP
Equifax:  OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK 30 60 90 120 OK
TransUnion:

^Top of Page^

**US BANK**

| | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | US BANK | US BANCORP | US BANK |
| Account Number: | 3323XXXX | 3323XXXX | 3323XXXX |
| Acct Type: | Secured Loan | Installment | Installment account |
| Acct Status: | Closed | Open | Closed |
| Monthly Payment: | | $389.00 | $389.00 |
| Date Open: | 1/1/2001 | 1/1/2001 | 1/1/2001 |
| Balance: | | $0.00 | $0.00 |
| Terms: | 50 Months | | 50 Months |
| High Balance: | | $15,948.00 | $15,948.00 |
| Limit: | | | |
| Past Due: | | | $0.00 |
| Payment Status: | Paid satisfactorily | Pays account as agreed | Paid or paying as agreed |
| Comments: | | | Closed |

**24-Month Payment History** ? Legend

Date: Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul
      01  01  01  01  01  02  02  02  02  02  02  02  02  02  02  02  02  03  03  03  03  03  03  03
Experian:   OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
Equifax:    OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
TransUnion: OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK

^Top of Page^

**WELLSFARGO**

| | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | | WELLS FARGO | WELLSFARGO |
| Account Number: | | 113-2648XXXX | 10504072648XXXX |
| Acct Type: | | Installment | Installment account |
| Acct Status: | | Closed | Closed |
| Monthly Payment: | | | $0.00 |
| Date Open: | | 5/1/2007 | 5/4/2007 |
| Balance: | | $0.00 | $0.00 |
| Terms: | | | 37 Months |
| High Balance: | | $1,369.00 | $1,369.00 |
| Limit: | | | |

| Payment Status: | | Pays account as agreed | Paid or paying as agreed |
|---|---|---|---|
| | | PAID ACCOUNT / ZERO BALANCE | Closed |
| Comments: | | | |

**24-Month Payment History**                                                                                   ? Legend

| Date: | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 07 | 07 | 07 | 07 | 07 |
| Experian: | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax: | | | | | | | | | | | | | | | | | | | | | | | | OK |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | | |

^Top of Page^

**WFFINANCE**

|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | WFFINANCE | | |
| Account Number: | 10504072648XXXX | | |
| Acct Type: | Note Loan | | |
| Acct Status: | Closed | | |
| Monthly Payment: | | | |
| Date Open: | 5/1/2007 | | |
| Balance: | | | |
| Terms: | 37 Months | | |
| High Balance: | | | |
| Limit: | | | |
| Past Due: | | | |
| Payment Status: | Paid satisfactorily | | |
| Comments: | | | |

**24-Month Payment History**                                                                                   ? Legend

| Date: | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 05 | 05 | 05 | 05 | 05 | 05 | 05 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 06 | 07 | 07 | 07 | 07 | 07 |
| Experian: | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax: | | | | | | | | | | | | | | | | | | | | | | | | OK |
| TransUnion: | | | | | | | | | | | | | | | | | | | | | | | | |

^Top of Page^

**Legend**

| OK | Current | 90 | 90 Days Late |
| ND | No Data Provided* | 120 | 120 Days Late |
| 30 | 30 Days Late | KD | Key Derogatory** |
| 60 | 60 Days Late | RF | Repossession or Foreclosure |
| | | PP | Payment Plan |

*Sometimes the credit bureaus do not have information from a particular month on file.

** For additional information on Key Derogatory, please see your Credit Report Guide.

About Us    Contact Us    Become an Affiliate    Terms & Conditions    Privacy Policy    FAQ    Site Map          © 2013 Consumerinfo.com, Inc.

Better Home Ideas, Inc.     047 205 2420     p.24
Case 09-31485   Doc 43-21   Filed 04/02/13   Entered 04/02/13 17:04:13   Desc Exhibit
CreditCheck(R) Total    Experian    U Page 15 of 20    Equifax    Transunion Page 2 of 22

Experian 588    Equifax 575    Transunion 634

**Print Report**     **Close Window**

Prepared for: **ROBERT GACUTA**     Report Date: **3/10/2013**

## Personal Profile

Here you will find the personal information contained in your credit file, including your legal name(s), address(es), current and previous employers, and date of birth.

|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Name: | ROBERT GACUTA | ROBERT GACUTA | ROBERT GACUTA |
| Also Known As: | GACUTA ROBERT |  |  |
| Year of Birth: | 1977 | 1977 | 1977 |
| Address(es): | 3920 DUNDEE RD, NORTHBROOK, IL 60062-2126<br><br>961 TWISTED OAK LN, BUFFALO GROVE, IL 60089-1600<br><br>1461 BEAUPRE CT, HIGHLAND PARK, IL 60035-3902 | 3920 DUNDEE RD, NORTHBROOK, IL 60062<br><br>961 TWISTED OAK LN, BUFFALO GROVE, IL 60089<br><br>3149 DUNDEE RD, NORTHBROOK, IL 60062 | 3920 DUNDEE RD, NORTHBROOK, IL 60062<br><br>961 TWISTED OAK LN, BUFFALO GROVE, IL 60089<br><br>3149 DUNDEE RD 285, NORTHBROOK, IL 60062 |
| Current Employer: | SILK PAINTING INC | SILK PAINTING INC | BETTER HOME IDE |
| Previous Employer(s): |  |  | SILK PAINTING CO |

## Credit Summary

This section gives you a broad look at your current and past credit status. Here you'll find the total number of open and closed accounts in your name, the total balance on those accounts, and delinquencies.

|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| **REAL ESTATE ACCOUNTS:** |  |  |  |
| Count | 6 | 5 | 5 |
| Balance | $599,141.00 | $599,141.00 | $0.00 |
| Current | 5 | 3 | 5 |
| Delinquent | 1 | 0 | 0 |
| Other | 0 | 2 | 0 |
| **REVOLVING ACCOUNTS:** |  |  |  |
| Count | 7 | 1 | 6 |
| Balance | $102,201.00 | $0.00 | $0.00 |
| Current | 7 | 1 | 6 |
| Delinquent | 0 | 0 | 0 |
| Other | 0 | 0 | 0 |
| **INSTALLMENT ACCOUNTS:** |  |  |  |
| Count | 7 | 7 | 7 |
| Balance | $16,622.00 | $0.00 | $0.00 |
| Current | 7 | 6 | 7 |
| Delinquent | 0 | 0 | 0 |
| Other | 0 | 0 | 0 |
| **OTHER ACCOUNTS:** |  |  |  |
| Count | 0 | 7 | 1 |
| Balance | $0.00 | $118,823.00 | $0.00 |

|  | | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|---|
| Experian: | | | OK OK OK OK OK OK OK OK OK OK OK | |
| Equifax: | | | OK OK OK OK OK OK OK OK OK OK OK OK OK | |
| TransUnion: | | | | |

MID AMER FSL

|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | | MID AMERICAN FED S & | MID AMER FSL |
| Account Number: | | 50055092XXXX | 50055092XXXX |
| Acct Type: | | Real Estate | Mortgage account |
| Acct Status: | | Closed | Closed |
| Monthly Payment: | | | $0.00 |
| Date Open: | | 10/1/2005 | 10/31/2005 |
| Balance: | | $0.00 | $0.00 |
| Terms: | | | 360 Months |
| High Balance: | | $264,000.00 | $264,000.00 |
| Limit: | | | |
| Past Due: | | | $0.00 |
| Payment Status: | | Pays account as agreed | Paid or paying as agreed |
| Comments: | | PAID ACCOUNT / ZERO BALANCE REAL ESTATE MORTGAGE | Closed |

**24-Month Payment History**

Date: Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May
      04  04  04  04  04  04  04  05  05  05  05  05  05  05  05  05  05  05  05  06  06  06  06  06

Experian:
Equifax:                                                          OK OK  OK OK OK  OK OK OK
TransUnion:                                                              OK ND OK OK OK

OCWEN LOAN SERVICING

|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | OCWEN LOAN SERVICING L | OCWEN LOAN SERVICING | |
| Account Number: | 713056XXXX | 713056XXXX | |
| Acct Type: | Conventional Real Estate Loan, Including Purchase Money First | Real Estate | |
| Acct Status: | Open | Closed | |
| Monthly Payment: | $2,479.00 | $2,479.00 | |
| Date Open: | 5/1/2007 | 5/1/2007 | |
| Balance: | $303,302.00 | $303,302.00 | |
| Terms: | 360 Months | | |
| High Balance: | | $308,700.00 | |
| Limit: | | | |
| Past Due: | $187,032.00 | $189,676.00 | |
| Payment Status: | Past due 180 days | Making regular payments under W.E.P. | |
| Comments: | | ACCOUNT INVOLVED IN CHAPTER 13 DEBT ADJ REAL ESTATE MORTGAGE | |

**24-Month Payment History**

Date: Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb
      11  11  11  11  11  11  11  11  11  11  12  12  12  12  12  12  12  12  12  12  12  12  13  13
Experian:                                                 120 ND 120 120 120 120 120

**Equifax:** OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK 120 120 120 120 120 120 OK
**TransUnion:**

## OSI COLLECTION SERVICE

|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | OSI COLLECTION SERVICE | | |
| Account Number: | 671XXXX | | |
| Acct Type: | Collection Department / Agency / Attorney | | |
| Acct Status: | Closed | | |
| Monthly Payment: | | | |
| Date Open: | 1/1/2008 | | |
| Balance: | | | |
| Terms: | 1 Month | | |
| High Balance: | | | |
| Limit: | | | |
| Past Due: | | | |
| Payment Status: | Paid, was a collection account, insurance claim or government claim or was terminated for default | | |
| Comments: | | | |

**24-Month Payment History**

Date: Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul
06  06  06  06  06  07  07  07  07  07  07  07  07  07  07  07  07  08  08  08  08  08  08  08
**Experian:** KD
**Equifax:**
**TransUnion:**

## PNC BANK

|  | EXPERIAN | EQUIFAX | TRANSUNION |
|---|---|---|---|
| Account Name: | PNC BANK | | |
| Account Number: | 50055092XXXX | | |
| Acct Type: | Conventional Real Estate Loan, Including Purchase Money First | | |
| Acct Status: | Closed | | |
| Monthly Payment: | | | |
| Date Open: | 10/1/2005 | | |
| Balance: | | | |
| Terms: | 360 Months | | |
| High Balance: | | | |
| Limit: | | | |
| Past Due: | | | |
| Payment Status: | Paid satisfactorily | | |
| Comments: | | | |

**24-Month Payment History**

Date: Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun
04  04  04  04  04  04  05  05  05  05  05  05  05  05  05  05  05  05  06  06  06  06  06  06
**Experian:** OK OK OK OK OK OK OK
**Equifax:**
**TransUnion:**

**PNC BANK**

A PLUS Score is a numerical representation of your credit worthiness. The majority of lenders use some sort of credit scoring model to help predict what kind of credit risk you may be. For each bureau's score and personalized analysis, click on the colored tabs below.

## PLUS Score from Experian

This PLUS Score is based on information from your **Experian** credit report.
Calculated on the PLUS Score model, your Experian Credit Score indicates your relative credit risk level for educational purposes and is not the score used by lenders. Learn More. Since information often differs among your three bureau reports, your PLUS Scores based on those reports will also vary.

**Your PLUS Score is: 588 on a scale of 330 - 830.**

**Your Credit Category is:**

| **Very Poor** | **Poor** | **Fair** | **Good** | **Excellent** |

**Percentile: Your credit rating ranks higher than 18.95% of U.S. consumers.**

### PLUS Score Analysis

**What your PLUS Score means:**

Your credit factors indicate that your credit may be viewed as poor by lenders. You may find that you can still obtain a car loan or a line of credit with a poor credit rating; however your interest rates and loan terms may be high. You may also find that the approval process will be lengthier and more involved, as other factors outside of your credit history will hold high importance. Creditors may consider you a potential credit risk and require a large down payment.

**What this means to you:**

Credit scoring can help you understand your overall credit rating and help companies better understand how to serve you. Overall benefits of credit scoring have included faster credit approvals, reduction in human error and bias, consistency, and better terms and rates for American consumers through reduced costs and losses for lenders. While lenders may use different scoring models to determine how you score, and each major credit bureau has its own method for calculating credit scores, the scoring models have been fairly well standardized so that a score at one bureau is roughly equivalent to the same score at another.

**What factors raise your PLUS Score:**

- You do not have any Public Records (i.e. bankruptcies, tax liens, and court judgments) on your credit report. Lenders see these issues as major barriers to extending additional credit.

- Lenders use credit reports and credit scores to predict whether or not you will meet future financial obligations. Having a longer credit history gives them more information to base those predictions on, and increases their confidence in you overall.

**What factors lower your PLUS Score:**

- Missing payments is the most damaging thing you can do to your credit. The purpose of a credit score is to help lenders predict whether or not you will miss payments in the future, so even a single missed payment can significantly lower your score.

- Without any open credit cards, it is difficult for lenders to predict whether or not you know how to use credit responsibly (i.e. paying your bills on time and keeping your balances low).

- Lenders know that for most people, the last payment they ever want to skip is their mortgage payment. Missing a mortgage payment is a big red flag for lenders who see this as a sign that you have larger financial issues that you are dealing with, and this makes them very hesitant to extend you additional credit.

**Consumer Statement:**

**Statement:** No Statement(s) present at this time

## PLUS Score from Equifax

This PLUS Score is based on information from your **Equifax** credit report.
Calculated on the PLUS Score model, your Experian Credit Score indicates your relative credit risk level for educational purposes and is not the score used by lenders. Learn More. Since information often differs among your three bureau reports, your PLUS Scores based on those reports will also vary.

**Your PLUS Score is: 575 on a scale of 330 - 830.**

**Your Credit Category is:**

| Very Poor | Poor | Fair | Good | Excellent |

**Percentile: Your credit rating ranks higher than 14.92% of U.S. consumers.**

### PLUS Score Analysis

**What your PLUS Score means:**

Your credit factors indicate that your credit may be viewed as poor by lenders. You may find that you can still obtain a car loan or a line of credit with a poor credit rating; however your interest rates and loan terms may be high. You may also find that the approval process will be lengthier and more involved, as other factors outside of your credit history will hold high importance. Creditors may consider you a potential credit risk and require a large down payment.

**What this means to you:**

Credit scoring can help you understand your overall credit rating and help companies better understand how to serve you. Overall benefits of credit scoring have included faster credit approvals, reduction in human error and bias, consistency, and better terms and rates for American consumers through reduced costs and losses for lenders. While lenders may use different scoring models to determine how you score, and each major credit bureau has its own method for calculating credit scores, the scoring models have been fairly well standardized so that a score at one bureau is roughly equivalent to the same score at another.

**What factors raise your PLUS Score:**

• Lenders recognize that obtaining and maintaining a mortgage requires more skill and discipline than other account types. This makes them more confident in your ability to take on new accounts and still meet your financial obligations.

• You do not have any Public Records (i.e. bankruptcies, tax liens, and court judgments) on your credit report. Lenders see these issues as major barriers to extending additional credit.

• Lenders use credit reports and credit scores to predict whether or not you will meet future financial obligations. Having a longer credit history gives them more information to base those predictions on, and increases their confidence in you overall.

**What factors lower your PLUS Score:**

• Missing payments is the most damaging thing you can do to your credit. The purpose of a credit score is to help lenders predict whether or not you will miss payments in the future, so even a single missed payment can significantly lower your score.

• You have spent more than half of the credit that has been extended to you, and lenders see this as a sign of irresponsible credit behavior. Ideally, you would pay off your balances every month or at

least keep your credit-to-debt ratio under 15%.

- Without any open credit cards, it is difficult for lenders to predict whether or not you know how to use credit responsibly (i.e. paying your bills on time and keeping your balances low).

- When you have spent more than 90% of your available credit on a credit card, lenders perceive this as a sign that you are living off of your credit cards because your income is not large enough to cover your expenses. This leads them to believe that you might not be able to afford the payments on future lines of credit.

## PLUS Score from TransUnion

This PLUS Score is based on information from your **TransUnion** credit report.
Calculated on the PLUS Score model, your Experian Credit Score indicates your relative credit risk level for educational purposes and is not the score used by lenders. Learn More. Since information often differs among your three bureau reports, your PLUS Scores based on those reports will also vary.

**Your PLUS Score is: 634 on a scale of 330 - 830.**

**Your Credit Category is:**

| Very Poor | Poor | Fair | Good | Excellent |

**Percentile: Your credit rating ranks higher than 27.24% of U.S. consumers.**

### PLUS Score Analysis

**What your PLUS Score means:**

Your credit factors indicate that you will likely be seen as having average credit. Lenders may want to review potential trouble areas in your credit history and may require additional documentation before approving a loan. Offers, such as auto loans, may have higher interest rates and may require a higher initial down payment.

**What this means to you:**

Credit scoring can help you understand your overall credit rating and help companies better understand how to serve you. Overall benefits of credit scoring have included faster credit approvals, reduction in human error and bias, consistency, and better terms and rates for American consumers through reduced costs and losses for lenders. While lenders may use different scoring models to determine how you score, and each major credit bureau has its own method for calculating credit scores, the scoring models have been fairly well standardized so that a score at one bureau is roughly equivalent to the same score at another.

**What factors raise your PLUS Score:**

- You do not have any Public Records (i.e. bankruptcies, tax liens, and court judgments) on your credit report. Lenders see these issues as major barriers to extending additional credit.

- Lenders use credit reports and credit scores to predict whether or not you will meet future financial obligations. Having a longer credit history gives them more information to base those predictions on, and increases their confidence in you overall.

**What factors lower your PLUS Score:**

- Missing payments is the most damaging thing you can do to your credit. The purpose of a credit score is to help lenders predict whether or not you will miss payments in the future, so even a single missed payment can significantly lower your score.

- Without any open credit cards, it is difficult for lenders to predict whether or not you know how to

https://www.creditchecktotal.com/member/ReportView.aspx?nav=false&section=print&o