UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
|    Robert Gacuta, | ) | |
| | ) | No. 09 B 31485 |
| | ) | |
|           Debtor. | ) | Judge A. Benjamin Goldgar |

## SECTION 329 ORDER

Although the debtor in this chapter 13 case is represented by counsel, he was unable to reach his counsel and was forced to file his own *pro se* emergency motion to sell real estate free and clear of liens. The motion was noticed for hearing on November 25, 2014. The debtor appeared for the hearing, but counsel for the debtor did not. Accordingly, IT IS HEREBY ORDERED:

Pursuant to sections 105 and 329 of the Bankruptcy Code, 11 U.S.C. §§ 105, 329, and Rule 2017(a) of the Federal Rules of Bankruptcy Procedure, Fed. R. Bankr. P. 2017(a), **Debra J. Vorhies Levine**, attorney for the debtor, is ordered to appear before the court at **10:30 a.m. on December 2, 2014**, in courtroom 642 at 219 South Dearborn Street, Chicago, Illinois, to show cause why she should not be denied compensation for services and required to refund any compensation previously received.

Failure to appear may be deemed civil contempt of court.

Dated: November 25, 2014

ENTER: _____
United States Bankruptcy Judge