UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| ROBERT GACUTA, | ) | No. 09 B 31485 |
| | ) | |
| Debtors. | ) | Judge Goldgar |

## ORDER OF CIVIL CONTEMPT

This chapter 13 case came before the court pursuant to the court's order dated November 25, 2014. That order required Debra J. Vorhies Levine, counsel for the debtor, to appear and show cause pursuant to 11 U.S.C. § 329 why she should not be denied compensation for services in this case and forced to disgorge to the debtor any compensation she has received. Ms. Levine failed to appear as ordered. Accordingly, IT IS HEREBY ORDERED:

1. Debra J. Vorhies Levine is held in civil contempt for failing to appear in compliance with the November 25 order.

2. Ms. Levine may purge the contempt by appearing before the court on December 16, 2014, at 10:30 a.m. This matter is continued for further hearing to December 16, 2014, at 10:30 a.m.

3. If Ms. Levine fails to appear on December 16 and purge the contempt, the court will order the United States Marshal to attach the body of Ms. Levine and confine her in the Metropolitan Correctional Center until she purges the contempt.

4. This order will be sent to Ms. Levine at her last known business address, to the chapter

13 trustee, and to the U.S. trustee, all by regular U.S. mail.

Dated: December 2, 2014

                                                                              _____
                                                                              A. Benjamin Goldgar
                                                                              United States Bankruptcy Judge