UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| ROBERT GACUTA, | ) | No. 09 B 31485 |
| | ) | |
| Debtors. ) | | Judge Goldgar |

### ORDER ENFORCING CIVIL CONTEMPT ORDER

This matter came before the court for hearing concerning the court's order dated December 2, 2014. In that order, the court held Debra J. Vorhies Levine, counsel for the debtor, in contempt for failing to appear in response to the court's order dated November 24, 2014, and set a hearing for December 16 to purge the contempt. In the November 24 order, the court had ordered Levine to appear and and show cause pursuant to 11 U.S.C. § 329 why she should not be denied compensation for services in this case and forced to disgorge to the debtor any compensation she has received.

Just as she failed to appear on December 2 in response to the November 24 order, Levine failed to appear on December 16 in response to the December 2 order. Accordingly, IT IS HEREBY ORDERED:

1. The United States Marshal's Service must attach the body of Debra J. Vorhies Levine until she purges himself of the contempt by complying with the December 2, 2014, order.

2. Upon effecting the attachment, the United States Marshal's Service must immediately bring Levine before Judge Goldgar or, in the event he is not holding court, before the Emergency Bankruptcy Judge. If neither Judge Goldgar nor the Emergency Judge is available at the time the United States Marshal's Service arrests Levine, the United States Marshal's Service is authorized

to hold her at the Metropolitan Correctional Center or such other federal facility as is convenient and thereafter to bring him before the court when the court can hear this matter. **Processing fee is waived.**

    3. A copy of this order will be mailed to the debtor, to Levine at her last known business address, and to the U.S. Trustee by regular mail.

Dated: December 16, 2014

                                                A. Benjamin Goldgar
                                                United States Bankruptcy Judge