UNITED STATES BANKRUPCY COURT
Northern District of Illinois

In re: Robert Gacuta            Case No. 09B31485

CHANGE OF ADDRESS

Address on file: 3920 Dundee Rd
Northbrook IL 60062

New Address: 1125 VOLTZ Rd
Northbrook, IL 60062

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
DEC 22 2014
JEFFREY P. ALLSTEADT, CLERK
PS REP. - CA

Signature of Debtor: *[signature]*
Date: 12/22/2014