## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| ROBERT GACUTA, | ) | No. 09 B 31485 |
| | ) | |
| Debtor. | ) | Judge Goldgar |

### ORDER (1) FINDING CONTEMPT PURGED AND
### (2) REQUIRING COUNSEL TO DISGORGE ATTORNEY'S FEES

This matter came before the court pursuant to the court's section 329 order dated November 25, 2014, as well as the order of civil contempt dated December 2, 2014. For the reasons stated on the record, IT IS HEREBY ORDERED:

1. Debra J. Vorhies Levine having appeared before the court, the court finds the contempt purged.

2. Ms. Levine is ordered to refund to the debtor $800 in attorney's fees. Payment must be made with certified funds or a cashier's check and must be sent to the debtor no later than 14 days from the date of this order.

3. No later than 21 days from the date of this order, Ms. Levine must file with the court an affidavit attesting that she sent the payment to the debtor in accordance with this order and providing the date of mailing. A copy of the check must be attached to the affidavit.

4. Failure to comply with this order will be deemed civil contempt.

5. A copy of this order will be sent to the debtor, Ms. Levine (at her last known business address as shown on the docket), and the U.S. Trustee by regular mail.

Dated: December 30, 2014

A. Benjamin Goldgar
United States Bankruptcy Judge