UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Robert Gacuta, | ) | Case No: 09 B 31485 |
| Debtor. | ) | |
| | ) | |

ORDER

This matter is before the court on the court's own order pursuant to 11 U.S.C. 329 dated November 25, 2014, the order of civil contempt dated December 2, 2014, and the Order (1) Finding Contempt Purged and (2) Requiring Counsel to Disgorge Attorney's Fees dated December 30, 2014, the court having retained jurisdiction for these purposes,

IT IS HEREBY ORDERED:

1) Any proceedings related to the above-referenced orders, as well as any future matters concerning contempt, disgorgement, and attorney conduct and discipline in this case, are transferred to the chief judge for further proceedings.

2) All future proceedings and pleadings, as referenced in paragraph 1 above, will be conducted before the Honorable Bruce W. Black, in courtroom 719, 219 S. Dearborn, Chicago, Illinois, and should be noticed as such.

DATED: FEB - 5 2015

Bruce W. Black
Chief Bankruptcy Judge