IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ROBERT GACUTA, | ) | No 09-31485 |
| | ) | |
| Debtors. | ) | Judge BRUCE W. BLACK |

## ORDER GRANTING MOTION TO VACATE ORDER FINDING COUNSEL IN CIVIL CONTEMPT AND ORDER REQUIRING DISGORGMENT OF ATTORNEY FEES RULE UNDER RULE 60(b)

THIS MATTER COMING BEFORE THE COURT on Debra V. Levine's MOTION TO VACATE ORDER OF CIVIL CONTEMPT AND ORDER REQUIRING DISGORGMENT OF ATTORNEY FEES UNDER 60(b), all parties present or represented by council, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Order Finding Counsel in Civil Contempt is Vacated.
2. The Order Requiring Counsel to Disgorge Fees is Vacated.

DATE: _____    JUDGE: _____
BRUCE W. BLACK

ENTER:

DEBRA J. VORHIES LEVINE
638 W. Grace Street
Chicago, Illinois 60604
(312) 259-5970
ARDC NO.: 6239484